<u>CERTIFICATE OF SERVICE</u>

I, Stephen P. Casarino, hereby certify that on this 15th

day of March, 2005, two true and correct copies of the

attached document were served on the following individuals via

first class mail:

Cathy D. Brooks-McCollum
115 Emerald Ridge Drive
Bear, DE 19701


 /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ.
CASARINO, CHRISTMAN & SHALK, P.A.
Del. Bar ID No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276
Attorney for Defendant