CASE NO. 04-419 (JJF)

In the United States District Court For The District Of Delaware

Emerald Ridge Service Corporation **(DERIVATIVE)**
& Cathy Brooks-McCollum
Plaintiff(s)

vs.

State Farm Insurance Company
Defendant(s)

## PLAINTIFF'S CORRECTION OF TITLE OF REPLY BRIEF DATED 3/16/2005 & SHOULD READ:

## PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT PURSUANT F.R.C.P 56(c)

Cathy D. Brooks-McCollum (Pro Se)
115 Emerald Ridge Drive
Bear, DE 19701
(302) 832-2694

Dated: March 17, 2005

## CORRECTION TO REPLY CAPTION

Plaintiffs hereby makes the following correction to their Reply Brief In Support of Summary Judgment. Plaintiffs Supply Brief stated: PLAINTIFF'S OPENING BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT PURSUANT F.R.C.P 56(a), when it should have stated: PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT PURSUANT F.R.C.P 56(c). Whereby, Plaintiffs respectfully ask the court to note said correction & change the cover page accordingly

Respectfully submitted,

*Cathy W. Brooks-McCollum*

Cathy D. Brooks-McCollum
115 Emerald Ridge Drive
Bear, DE 19701
(302) 832-2694

March 16, 2005

In the United States District Court

For The District Of Delaware

| | |
|---|---|
| CATHY D. BROOKS-McCOLLUM, <br> & Emerald Ridge Service Corporation <br> 115 Emerald Ridge Drive <br> Bear, DE 19701 <br> (302) 832-2694 <br>    Plaintiffs(s) | Civil Action No.    04-419 (JJF) |
| vs. | **JURY TRIAL DEMANDED** |
| State Farm Insurance Company <br>    Defendants | |

**CERTIFICATE OF SERVICE**

PROOF OF SERVICE

I Cathy D. Brooks-McCollum hereby certify that on the 17th day of March 2005, I will and have caused to be served a true and correct copy of the foregoing Motion regular postage mail, postage prepaid and via e-mail, upon Defendants:

>Casarino, Christman & Shalk
>Stephen P. Casarino
>800 North King St, Suite 200
>P.O. Box 1276
>Wilmington, DE 19899
>(302) 594-4500
>(302) 594-4509 Fax

*Cathy D. Brooks-McCollum*
Cathy D. Brooks-McCollum (Pro Se)
115 Emerald Ridge Drive
Bear, DE 19701
(302) 832-2694