UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 05-2102</u>

Brooks-McCollum

vs.

State Farm Ins Co

Cathy D. Brooks-McCollum, Appellant

(Delaware District Civil No. 04-cv-00419)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

Date: May 11, 2005

cc:
Cathy D. Brooks-McCollum
Stephen P. Casarino, Esq.

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk