UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-2102

Brooks-McCollum v. State Farm Insurance Company

To:  Clerk

1) Motion by Pro Se Appellant to Reopen Due to Court Error

---

It is noted that this appeal was procedurally terminated pursuant to LAR 3.3 and LAR Misc 107.1(a) by Clerk's Order on May 11, 2005, as review of the District Court dockets on that day indicated that the filing and appellate fees had not yet been paid.  It appears that the District Court dockets have since been edited to reflect that the fees were paid on April 6, 2005.  Accordingly, the foregoing motion to reopen is granted and the appeal is reinstated.  The appeal will be submitted to the next available motions panel of this Court for a determination regarding jurisdiction and appellee's motion to dismiss.

For the Court,

Clerk

Dated:    May 18, 2005
tyw/cc:   Ms. Cathy D. Brooks-McCollum
          Stephen P. Casarino, Esq.