IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CATHY D. BROOKS-MCCOLLUM,         :
                                  :
       Plaintiff,                :
                                  :
v.                                : Civil Action No. 04-419 JJF
                                  :
STATE FARM INSURANCE COMPANY,     :
                                  :
       Defendant.                :

### O R D E R

WHEREAS, on April 7, 2005, Plaintiff filed a Motion For Reargument Pursuant to Delaware District Court Local Rule 7.1.5 (D.I. 26);

WHEREAS, the Court will require the Defendant, State Farm Insurance Company, to respond to the Motion for Reargument;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant shall file an Answering Brief within ten (10) days of the date of this Order. If Plaintiff does not file an Answering Brief by the date indicated, the Court will render its decision on the papers submitted.

August 4, 2005                          _____
    DATE                              UNITED STATES DISTRICT JUDGE