IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cathy D. Brooks-McCollum<br>& On behalf of<br>Emerald Ridge Service Corporation Derivative Action<br>As a Director<br>115 Emerald Ridge Drive<br>Bear, DE 19701<br>(302) 832-2694<br>**(PLAINTIFF)**<br><br>vs.<br><br>State Farm Insurance Company<br>**(DEFENDANTS)** | CIVIL ACTION NO: 04-419 (JJF)<br><br><u>**JURY TRIAL REQUESTED**</u> |



### <u>MOTION TO FOR REARGUMENT AND CORRECTION OF DISTRICT COURTS ERROR</u>

Plaintiff hereby requests the court to correct the court error pursuant the District Court Order dated the 25th of August 2005, claiming that the proceedings in this court under Civil Action 04-703 (JJF) were filed against Emerald Ridge Service Corporation and not Defendants. The pleadings as outlined in Exhibit A clearly show that Plaintiffs pleadings were filed by Plaintiff and Emerald Ridge Service Corporation against other Defendants, and are clearly stated in the complaint attached and the courts civil action form. The filing in District Court is a court error, which shall be corrected by this court or the appellate court prior to the appeal being decided.

Pursuant Fed.R.Civ.P Rule 60. The error of the court docketing the case incorrectly is not a harmless error as Fed.R.Civ.P Rule 61 would provide, instead this error carries over to District Court action 04-0419(JJF), where State Farm is claiming they have represented Emerald Ridge, when none of the parties in those pleadings were valid Directors or confirmed by any other court, as Plaintiff was in the Delaware Supreme Court. Whereby, Plaintiff should be allowed to reargue her pleading being corrected pursuant Delaware Rules Of Civil Procedure 7.1.5 and pursuant Fed.R.Civ.P Rule 60. The error made by the courts docketing is substantial and would hurt both Emerald Ridge Service Corporation and Plaintiff Brooks-McCollum.

Both Civil Action 04-419(JJF) and 04-703(JJF) were filed by Cathy Brooks-McCollum and Emerald Ridge Service Corporation, as a Director and a duty and responsibility of a Director to its' stockholders, where

1

Plaintiff was the only validly elected Director. Therefore, in not properly ruling in either case would be curtailing justice and blocking both Plaintiffs constitutional rights.

Plaintiff will not elaborate on the injustices set forth in these proceedings by the courts and the abuse of them by numerous parties, because parties do not want to follow the laws in which others are expected to follow. It is clear that the State Courts erred in its' ruling and that Plaintiffs are being penalized as a result of this error, instead of someone feeling a responsibility to their constitutes.


Respectfully submitted,

*[signature]*

Cathy D. Brooks-McCollum
115 Emerald Ridge Drive
Bear, DE 19701

August 27, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Cathy D. Brooks-McCollum  
& On behalf of  
Emerald Ridge Service Corporation Derivative Action  
As a Director  
115 Emerald Ridge Drive  
Bear, DE  19701  
(302) 832-2694  
**(PLAINTIFF)**

CIVIL ACTION NO:  04-419 (JJF)

**JURY TRIAL REQUESTED**

vs.

State Farm Insurance Company  
**(DEFENDANTS)**

## PROOF OF SERVICE

I Cathy D. Brooks-McCollum hereby certify that on the 27th day of August, 2004, I will and have caused to be served a true and correct copy of the foregoing Motion regular postage mail, postage prepaid and facsimile upon defendants:

> Casarino, Christman & Shalk  
> Stephen P. Casarino  
> 800 North King St, Suite 200  
> P.O. Box 1276  
> Wilmington, DE  19899  
> (302) 594-4500  
> (302) 594-4509 Fax

*[signature]*  
Cathy D. Brooks-McCollum (Pro Se)  
115 Emerald Ridge Drive  
Bear, DE  19701  
(302) 832-2694



JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Cathy D. Brooks-McCollum & on behalf of Emerald Ridge Service Corp. (Derivative Action)

**DEFENDANTS** Kenneth Shareef, Renford Brevet, Maudy Melville, Valerie Longhurst, Mark Martell, Ruth Vivardis, Ferry, Joseph & Pearce & Edward Kafader

(b) County of Residence of First Listed Plaintiff: NewCastle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: New Castle
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)
Edward Kafader
Ferry, Joseph & Pearce
824 N. Market St., Suite 904, PO Box 90
Wilmington DE 19899

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | | ☒ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☒ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
|  | PERSONAL PROPERTY | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☒ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☒ 380 Other Personal Property Damage | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
|  | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **FEDERAL TAX SUITS** | ☒ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation | |
|  | | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act | |
|  | | | ☐ 871 IRS—Third Party 26 USC 7609 | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): Vicechancelor Parsons
**JUDGE** Judge Johnston
**DOCKET NUMBER** 147-N / 04C-03-074-1-CV

**DATE** 6/28/04
**SIGNATURE OF ATTORNEY OF RECORD** Cathy D. Brooks-McCol

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cathy D. Brooks-McCollum<br>& On behalf of<br>Emerald Ridge Service Corporation Derivative Action<br>As a Director<br>115 Emerald Ridge Drive<br>Bear, DE  19701<br>(302) 832-2694<br>**(PLAINTIFF)** | CIVIL ACTION NO:<br><br>**JURY TRIAL REQUESTED** |

vs.

Emerald Ridge Service Corporation Board Of Directors (Excluding Plaintiff)
Kenneth Shareef, 1 Winchester Court, Bear, DE  19701 (302) 838-7279
Renford Brevett, 44 Emerald Ridge Drive, Bear, DE  19701 (302) 834-1195
Maudy Melville, 41 Emerald Ridge Drive, Bear, DE  19701 (302) 834-9324
Valerie Longhurst, 11 Winchester Court, Bear, DE  19701 (302) 836-3717
Mark Martell, 99 Emerald Ridge Drive, Bear, DE  19701
Ruth Vivardis, 45 Emerald Ridge Drive, Bear, DE  19701
Ferry, Joseph & Pearce & Edward Kafader, 824 North Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899, (302) 575-1555, (302) 575-1714 (Fax)
**(DEFENDANTS)**

## I. COMPLAINT

### Introduction

This is a dispute, which began over Defendants accusing Plaintiff of performing wrongful duties. Whereby, Plaintiff went to Chancery Court asking that this court outline the laws and rules of the Corporation. Plaintiff further asked that this court determine Indemnification for she and all Defendants. Plaintiff asked for money damages on behalf of the parties who violated the laws. Plaintiff also petitioned the court asking that the court assess penalties against these persons for their various violations of the Internet laws.

### II. Jurisdiction and Venue

Jurisdiction and Venue is proper pursuant 28, U.S.C., Part IV §1401. Jurisdiction and Venue is proper pursuant 28, U.S.C., Part IV, §87, §97, §85, Section 1332, First Amendment right to the United States Constitution, Fifth Amendment Right and Fourteenth Amendment right. Jurisdiction and Venue is further proper in that Plaintiff in this case requests that these issues be heard before a jury. There are other areas governing why jurisdiction should be in this court, which will be addressed to this court by Counsel for Plaintiff and or before a hearing to determine the basis for jurisdiction. Plaintiff is first asking that the issues before Chancery Court be