

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cathy D. Brooks-McCollum<br>& On behalf of<br>Emerald Ridge Service Corporation Derivative Action<br>As a Director<br>115 Emerald Ridge Drive<br>Bear, DE 19701<br>(302) 832-2694<br>**(PLAINTIFF)**<br><br>vs.<br><br>State Farm Insurance Company<br>**(DEFENDANTS)** | CIVIL ACTION NO: 04-419 (JJF)<br><br>**JURY TRIAL REQUESTED**<br><br> |

### MOTION/OBJECTION & STAY

Plaintiffs hereby files this Motion, Objection and Stay of Actions in these proceedings until such time the US Court Of Appeals rules on which court has jurisdiction over the issues in Civil Action 05-1264 and/or the Delaware State Courts corrects its' error should the US Court Of Appeals remand items back to the Delaware State Court, and/or an appeal is perfected to either the Delaware Supreme Court and/or the US Supreme Court on the error made by the Delaware Chancery Court, and/or an appeal is perfected regarding Civil Action 04-1419(JJF) against the State Of Delaware, Chancery Court, and Donald Parsons, to the US Court Of Appeals and then to the US Supreme Court regarding the issues not addressed brought against the parties in Civil Action 04-1419(JJF) and the crimes they committed against all Plaintiffs in those proceedings, since the US District Court states it cannot make the lower court adhere to the law, then if the US Court Appeals that it too cannot make the lower court adhere to the law, the US Supreme Court surely will be able to.

Whereby, Plaintiffs files this motion as not to continue to have their constitutional rights violated at every stage and the courts continuing to argue cases for Defendants in these cases, who can't seem to argue their own cases.

The appeal to the US Court Of Appeals against the State Of Delaware, et.al will be perfected prior to the expiration of the 30-day time limit.

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cathy D. Brooks-McCollum<br>& On behalf of<br>Emerald Ridge Service Corporation Derivative Action<br>As a Director<br>115 Emerald Ridge Drive<br>Bear, DE 19701<br>(302) 832-2694<br>**(PLAINTIFF)** | CIVIL ACTION NO: 04-419 (JJF)<br><br>**JURY TRIAL REQUESTED** |
| vs. | |
| State Farm Insurance Company<br>**(DEFENDANTS)** | |

**PROOF OF SERVICE**

I Cathy D. Brooks-McCollum hereby certify that on the 28th day of August, 2004, I will and have caused to be served a true and correct copy of the foregoing Motion regular postage mail, postage prepaid and facsimile upon defendants:

        Casarino, Christman & Shalk
        Stephen P. Casarino
        800 North King St, Suite 200
        P.O. Box 1276
        Wilmington, DE 19899
        (302) 594-4500
        (302) 594-4509 Fax

*/s/ Cathy D. Brooks-McCollum*
Cathy D. Brooks-McCollum (Pro Se)
115 Emerald Ridge Drive
Bear, DE 19701
(302) 832-2694





United States District Court
For The District Of Delaware
844 North King Street
Lockbox 18
Wilmington, DE 19801

115 Emerald Ridge Dr
Bear, DE 19701