IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHY D. BROOKS-MCCOLLUM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-419 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM INSURANCE COMPANY, | ) | |
| | ) | |
| Appellee. | ) | |

### NOTICE OF DEPOSITION

To:   Cathy D. Brooks-McCollum
      115 Emerald Ridge Drive
      Bear, DE 19701

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Cathy D. Brooks-McCollum* on Thursday, September 15, 2005 at 2:00 p.m. in the law offices of Casarino, Christman & Shalk, 800 N. King Street, Suite 200, Wilmington, Delaware.

                                                            CASARINO, CHRISTMAN & SHALK

                                                            /s/ Stephen P. Casarino
                                                            STEPHEN P. CASARINO, ESQ.
                                                            800 N. King Street, Suite 200
                                                            P.O. Box 1276
                                                            Wilmington, DE 19899
                                                            Attorney for Defendant,
Date: September 2, 2005                            State Farm Insurance Company

cc:   Hawkins Reporting Service

**Duces Tecum**: To produce all documents relating to claim against defendant.