<u>CERTIFICATE OF SERVICE</u>

I, Stephen P. Casarino, hereby certify that on this 2nd day of September, 2005, two true and

correct copies of the attached document were served on the following individuals via first class mail:

Cathy D. Brooks-McCollum
115 Emerald Ridge Drive
Bear, DE 19701

CASARINO, CHRISTMAN & SHALK

 /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ.
I.D. No. 174
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant
September 2, 2005                  State Farm Insurance Company