IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHY D. BROOKS-MCCOLLUM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-419 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM INSURANCE COMPANY, | ) | |
| | ) | |
| Appellee. | ) | |

## RE-NOTICE OF DEPOSITION

To:   Cathy D. Brooks-McCollum
      115 Emerald Ridge Drive
      Bear, DE 19701

   PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Cathy D. Brooks-McCollum* on Thursday, September 8, 2005 at 1:00 p.m. in the law offices of Casarino, Christman & Shalk, 800 N. King Street, Suite 200, Wilmington, Delaware.

                              CASARINO, CHRISTMAN & SHALK

                               /s/ Stephen P. Casarino
                              STEPHEN P. CASARINO, ESQ.
                              800 N. King Street, Suite 200
                              P.O. Box 1276
                              Wilmington, DE 19899
                              Attorney for Defendant,
Date: September 6, 2005       State Farm Insurance Company

cc:   Hawkins Reporting Service

**Duces Tecum**: To produce all documents relating to claim against defendant.

<u>CERTIFICATE OF SERVICE</u>

I, Stephen P. Casarino, hereby certify that on this 6TH day of September, 2005, two true and correct copies of the attached document were served on the following individuals via first class mail:

Cathy D. Brooks-McCollum
115 Emerald Ridge Drive
Bear, DE 19701

CASARINO, CHRISTMAN & SHALK

/s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ.
I.D. No. 174
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant

Date: September 6, 2005         State Farm Insurance Company