IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHY D. BROOKS-MCCOLLUM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-419 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S REQUEST FOR ADMISSIONS DIRECTED TO PLAINTIFF

The defendant requests the plaintiff to admit the following:

1. That the plaintiff has no evidence whatsoever to indicate that defendant State Farm, any of its employees or agents performed any act of vandalism on plaintiff's property.

    RESPONSE:


2. That the plaintiff has no evidence whatsoever to indicate that defendant State Farm, any of its employees or agents performed any act of harassment in any manner on plaintiff or member of the plaintiff's family.

    RESPONSE:

CASARINO, CHRISTMAN & SHALK, P.A.

 /s/ Stephen P. Casarino, Esq.
STEPHEN P. CASARINO, ESQ.
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276

|  |  |
|---|---|
|  | (302) 594-4500 |
| Dated: September 22, 2005 | Attorney for the Defendant |

# CERTIFICATE OF SERVICE

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have caused to be deposited in the mailbox at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 22nd day of September 2005, a true and correct copy of the attached Request for Admissions to:

Cathy D. Brooks-McCollum
P.O. Box 12166
Wilmington, DE 19850

CASARINO, CHRISTMAN & SHALK

 /s/ Stephen P. Casarino, Esq
STEPHEN P. CASARINO, ESQ.
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500

Dated: 9/22/05                                Attorney for the Defendant