IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHY D. BROOKS-MCCOLLUM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-419 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S INTERROGATORIES TO PLAINTIFF

1. Identify by name and address all persons who vandalized any property of the plaintiff and state with specificity what was vandalized, and when the vandalism occurred.

**ANSWER:**

2. Identify all persons by name and address who witnessed any act of vandalism to the plaintiff's property.

**ANSWER:**

3. Identify all persons who in any manner harassed the plaintiff concerning matters relating to any of her lawsuits.

**ANSWER:**

4. Identify any person who witnessed any harassment of the plaintiff or of her family members.

**ANSWER:**

5.      With regard to your claim that State Farm was involved with criminal activity, identify each and every fact supporting your position to include the names and addresses of all persons who will testify that State Farm funded, either directly or indirectly, any criminal activity or was involved in any criminal activity involving the plaintiff.

  **ANSWER:**

                CASARINO, CHRISTMAN & SHALK

                /s/ Stephen P. Casarino
                STEPHEN P. CASARINO, ESQ.
                I.D. No. 174
                800 N. King Street, Suite 200
                Wilmington, DE 19899-1276
                (302) 594-4500
                Attorney for the Defendant

DATED: September 22, 2005

## CERTIFICATE OF SERVICE

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have caused to be deposited in the mailbox at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 22nd day of September 2005, a true and correct copy of the attached Defendant's Interrogatories to Plaintiff to:

Cathy D. Brooks-McCollum
P.O. Box 12166
Wilmington, DE 19850

CASARINO, CHRISTMAN & SHALK

 /s/ Stephen P. Casarino, Esq.
STEPHEN P. CASARINO, ESQ.
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for the Defendant