IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CATHY D. BROOKS-MCCOLLUM, :
:
    Plaintiff, :
:
v. : Civil Action No. 04-419 JJF
:
STATE OF DELAWARE, DELAWARE :
CHANCERY COURT, and VICE :
CHANCELLOR DONALD PARSONS, :
:
    Defendant. :

## O R D E R

WHEREAS, Plaintiff filed a Motion For Reargument And Correction Of District Court's Error (D.I. 38);

WHEREAS, from the context of the Motion, it appears that the Order that Plaintiff seeks to have corrected is the Court's Order (D.I. 60) dated August 25, 2005, in Civil Action No. 04-703-JJF, a separate, but related action;

WHEREAS, Plaintiff filed a substantially identical Motion (D.I. 61) in Civil Action No. 04-703-JJF, which the Court has denied;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion For Reargument And Correction Of District Court's Error (D.I. 38) is **DENIED**.

November 4, 2005                              *[signature]*
    DATE                                    UNITED STATES DISTRICT JUDGE