IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHY D. BROOKS-MCCOLLUM, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-419 JJF |
| | : |
| STATE OF DELAWARE, DELAWARE | : |
| CHANCERY COURT, and VICE | : |
| CHANCELLOR DONALD PARSONS, | : |
| | : |
| Defendant. | : |

<u>O R D E R</u>

WHEREAS, Plaintiff filed a Motion/Objection & Stay (D.I. 39);

WHEREAS, Plaintiff's Motion offers the Court no legal argument with regard to why it should order a stay;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion/Objection & Stay (D.I. 39) is **DENIED**.

<u>November 4, 2005</u>
      DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE