IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CATHY D. BROOKS-MCCOLLUM,         :
                                  :
        Plaintiff,                :
                                  :
    v.                            : Civil Action No. 04-419 JJF
                                  :
STATE OF DELAWARE, DELAWARE       :
CHANCERY COURT, and VICE          :
CHANCELLOR DONALD PARSONS,        :
                                  :
        Defendant.                :

### O R D E R

WHEREAS, Plaintiff filed a Motion/Petition (D.I. 42) requesting the Court to place various limitations on discovery in the above-captioned matter;

WHEREAS, Defendant, in response (D.I. 44), requested that the Court hold a scheduling conference to resolve discovery related issues;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties submit their separate proposals for discovery **no later than Friday, November 25, 2005.** After review of the parties' proposals the Court will enter a Rule 16 Scheduling Order.

November 4, 2005                          /s/ Joseph J. Farnan Jr.
    DATE                              UNITED STATES DISTRICT JUDGE