November 10, 2005


United States District court
844 N. King Street
Lockbox 18
Wilmington, DE 19801-3570

Attention:      Office Of The Clerk

RE:     Attached Order


Per the attached Order issued Plaintiff hereby informs the court that it placed the issues surrounding discovery under the incorrect case caption. The Order lists Civil Action 04-419(JJF), but lists vs. the State Of Delaware, which is closed and on appeal to the US Court Of Appeals. The State Of Delaware civil action is 04-1419(JJF).

Also, if it should be listed under State Farm, there are discussions surrounding settlement.

Please notify what case this should fall under. I believe it should go under the case against State Farm.


Sincerely,

Cathy Brooks-McCollum

FILED

NOV 14 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned