IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CATHY D. BROOKS-MCCOLLUM, :
:
    Plaintiff, :
:
v. : Civil Action No. 04-419 JJF
:
STATE OF DELAWARE, DELAWARE :
CHANCERY COURT, and VICE :
CHANCELLOR DONALD PARSONS, :
:
    Defendant. :

## O R D E R

WHEREAS, Plaintiff filed a Motion/Petition (D.I. 42) requesting the Court to place various limitations on discovery in the above-captioned matter;

WHEREAS, Defendant, in response (D.I. 44), requested that the Court hold a scheduling conference to resolve discovery related issues;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties submit their separate proposals for discovery **no later than Friday, November 25, 2005**. After review of the parties' proposals the Court will enter a Rule 16 Scheduling Order.

November 4, 2005
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE