PO Box 12166
Wilmington, DE 19850

United States District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801-3570



PHILADELPHIA PA 191
PM
12 NOV 2005



BLACK HERITAGE
Marian Anderson
USA 37