STEPHEN P. CASARINO

CASARINO, CHRISTMAN & SHALK
ATTORNEYS AT LAW
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

DISTRICT OF DELAWARE
2005 NOV 15  AM 10: 50

13233-0027

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Lock Box 27
Wilmington, DE 19801