# CASARINO, CHRISTMAN & SHALK, P.A.
## ATTORNEYS AT LAW
CONECTIV BUILDING
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN
JOHN A. MACCONI, JR.

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

November 9, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Lock Box 27
Wilmington, DE 19801



RECEIVED NOV 15 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Re:   **Brooks-McCollum v. State Farm**
      **Civil Action No. 04-419 JJF**

Dear Judge Farnan:

The defendant proposes that the discovery order state as follows:

4.   Discovery

a.   December 15, 2005

b.   25

c.   25

d.   Three depositions by defendant

e.   Expert reports by December 30

7.   Case dispositive motions to be filed on or before 1/13/06.

Very truly yours,

Stephen P. Casarino

SPC/ams
cc:  Cathy D. Brooks-McCollum