IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHY D. BROOKS-MCCOLLUM, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-419 JJF |
| STATE FARM INSURANCE CO., | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the Court entered three Orders in this matter dated November 4, 2005, in which the caption incorrectly identified Defendant (D.I. 48, 49, 50);

NOW THEREFORE, IT IS HEREBY ORDERED that the caption on the Court's three Orders dated November 4, 2005 (D.I. 48, 49, 50), be changed to read as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHY D. BROOKS-MCCOLLUM, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-419 JJF |
| STATE FARM INSURANCE CO., | : |
| Defendant. | : |

November 17, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE