PO Box 12466
Wilmington, DE 19850

Judge Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lockbox 27
Wilmington, DE 19801



U.S. POSTAGE
$0.83
FCM
19803
Date of m'l'g
11/17/05
02  1P00
02313967
APC