November 18, 2005

United States District Court For The District Of Delaware
844 North King Street
Lockbox 18
Wilmington, DE 19801
(302) 573-6170



RE:   **Brooks-McCollum vs. State Farm, Civil Action 04-0419-JJF**

Dear Judge Farnan,

Attached, is the proposed scheduling order. The dates set by Defendants are unreasonable and will all for disposition/dismissal motions to be filed prior to the US Court Of Appeals returning with a decision, which may provide proper indemnification. Whereby, there should be no dates set until and after the US Court of Appeals has come back with a decision in the case against ERSC, in that this court has deemed them to be the same, although State Farms jurisdiction lies in the US Courts.

Sincerely,

Cathy D. Brooks-McCollum
115 Emerald Ridge Drive
Bear, DE 19701
(302) 832-2694

cc:    Stephen Casarino