November 30, 2005



Judge Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Lockbox 27
Wilmington, DE  19801
**Civil Action 04-419(JJF)**

RE:   SETTLEMENT CONFERENCE PURUSANT FEDERAL RULES OF CIVIL PROCEDURE 16 (a)(5),(9)(16)
- Emerald Ridge Service Corporation & Brooks-McCollum vs. State Farm Civil Action 04-419(JJF)

    This notice is to serve that pursuant the previous letters sent to the attention of this court requesting a Settlement Conference, where the other parties have now tried incorporating other terms I ask that the court outline the terms of the settlement, in addition to the court confirming what are deemed costs associated with this case and the other cases, since Defendant State Farm is the paying party and the other parties have no authority in providing settlement in the other proceedings and State Farm is governed under this court and the State proceedings are stayed and the US Court Of Appeals has not ruled upon its' having jurisdiction of the other proceedings, this court is being asked to outline and dispose of the Settlement governing these proceedings, so that all stipulations can be executed and provided to the Court by Plaintiff/Appellant.  Defendant State Farm should not be in control of causing further possible harm to the Corporation, since the only person deemed a valid Director is myself, someone still has to oversee the interests of the Corporation.  Paragraph 1 of the Defendants letter outlining settlement is very clear and states, _"the parties have not agreed to any further terms of settlement"._  According to the law we have a valid settlement and the defendants clearly indicated that the parties did not and have not agreed to any further terms other then those listed in paragraph 1.  Plaintiff clearly agreed that she would be bound by paragraph one, and will not and would not have Defendants now go back and add that Plaintiff will be responsible for any further costs, when the Chancery Court has already ruled that Plaintiff is entitled to all costs, but not until the completion of proceedings and agreed that this was in error.

    Thus, attached is a copy of the Defendants letter, of which I will provide the courts with a signed copy upon request, and a copy of all the costs associated with this case is provided with this document, as to remove the issue of costs so that there are not any unprotected parties in these proceedings, since nobody is looking out for the Corporations interest.  While I am not now a member of the Corporation at the time it was only ruled that I was a valid Director and as a valid Director I should be allowed to determine what costs be paid out of the Emerald Ridge Service Corporation policy on the others behalf, or the courts and what costs should be assessed the Corporation, since they clearly admitted they were not elected and appointed by each other.  There have been funds expended from the Corporation to parties who should never have been paid and were not approved by the Corporation itself.  The Corporation should not have to be penalized for the illegal use of the insurance policy by others.  All costs should come from State Farm itself and not be assessed the Corporation policy.

    Plaintiff has supplied this document to the US Court of Appeals for the Third Circuit, should they exercise jurisdiction in enforcing the Settlement reached, and to the Superior Court Of Delaware, in that they not have possession of the stayed State Action.  Plaintiff further has attached a copy of the proposed Settlement and Release provided to the other parties, which outline the terms as agreed and per the letter sent by other parties.

    Thanking you in advance

                                                   Sincerely,

                                                 Cathy D. Brooks-McCollum
                                                 PO Box 12166
                                                 Wilmington, DE  19850
                                                 (302) 521-1241

cc: Court Of Chancery
Vice Chancellor Parsons
New Castle County Courthouse
500 North King Street, Suite 11400
Wilmington, DE 19801
**Civil Action 147-N**
(302) 255-0544 (Register In Chancery)
(302) 255-0515
(302) 255-2213 (Fax)

US Court Of Appeals Of Appeals
3rd Circuit, 21st Floor
21400 US Courthouse
601 Market Streets
Philadelphia, PA 19106-1790
**Civil Action 05-1264**

Judge James T. Vaughn
Kent County Courthouse
38 The Green
Dover, DE 19901
Telephone 302-739-3184
**Civil Action 147-N (Chancery Court Proceeding Assigned To Judge)**