**Legal Fees For Court Cases – Excludes Costs Sent To Casarino & State Costs**

| | |
|---|---:|
| Aquawash | 185.00 |
| Sheriff's Fee DE Superior Court | 40.00 |
| Staples | 8.70 |
| Mailings | 8.55 |
| 1st Complaint | 450.00 |
| Amended Complaint | 150.00 |
| Mailings Motion To Compel | 3.76 |
| Mailings Response | 3.70 |
| Ink Cartridge | 99.98 |
| More Definitive Statement | 3.46 |
| Stamps Kafader & Chancery | 1.11 |
| Attorney Consultation Fee Staats | 100.00 |
| Mailings Corporation Members Stamps | 51.80 |
| Copies For Mailing To Corporation Members | 35.00 |
| Envelopes | 3.76 |
| Purchase Of Paper Supplies | 24.00 |
| Mailings Community | 51.80 |
| Stamps | 8.40 |
| Copies | 120.00 |
| Copies | 120.00 |
| Paper/Stapler | 50.04 |
| Mailings Community Postage | 8.40 |
| Mailings Chancery Court Response & Kafader | 90.00 |
| Postage 2 Chancery Persons 3/8 | 0.74 |
| Chancery Court Mailing 3/17/04 | 0.74 |
| Chancery Court Filings & Fees | 1,625.00 |
| Kafader Chancery Response & Appendix | 4.85 |
| Chancery Court Mailing 4/13/04 | 3.85 |
| Superior Court State Farm Complaint | 175.00 |
| Superior Court ERSC Board Filing & Service | 355.00 |
| Amended Complaint Mailing | 3.70 |
| Copies For Superior Complaint | 87.50 |
| Copies For Chancery Complaint | 87.50 |
| Postage 4 stamps Superior/2 State Farm | 2.22 |
| Stamps 2-37 3/10 | 0.74 |
| Stamps 2 37 3/11 | 0.74 |
| Superior Court Amended & Check for $60, included in $590.00 | 4.07 |
| Superior Court Second Amended & Money Orders | 60.75 |
| Superior Court Mailing Of ERSC & State Farm Postage 04/19/04 | 4.08 |
| Superior Court Mailing ERSC Postage 04/19/04 | 3.53 |
| Superior Court Mailing State Farm Postage 04/19/04 | 3.53 |
| 04/19/04 Copies For Court & Defendants | 280.00 |
| Superior Court Mailing Casarino State Farm 04/26/04 | 3.53 |
| Superior Court Mailing Casarino State Farm To Court 04/26/04 | 3.53 |
| 04/26/04 Copies For Court & Defendants | 280.00 |
| Superior Court Motion 4/28/04 Casarino | 0.74 |
| 04/28/04 Copies For Court & Defendants | 70.00 |
| Superior Court Motion 4/29/04 14th Amendment Casarino | 0.74 |
| Superior Court Kafader Motion 4/29 | 0.74 |
| 04/29/04 Copies For Court & Defendants | 140.00 |

Page 3 of 14

| Description | Amount |
|---|---|
| Superior Court Kafader Motion 4/30 | 0.74 |
| Superior Court Casarino 4/30 | 0.74 |
| 04/30/04 Copies For Court & Defendants | 120.00 |
| Superior Court Casarino 05/01 | 1.11 |
| 05/01/04 Copies For Court & Defendants | 60.00 |
| Superior Court Kafader | 5.80 |
| 05/01/04 Copies Above Superior Court | 90.00 |
| Letter To Casario & Judge Johnston | 0.74 |
| Copies Of Letter | 1.50 |
| Van Costs | 748.65 |
| Superior Mailing 5/12/04 Kafader | 4.94 |
| Superior Mailing 5/12/04 Casarino | 4.94 |
| 05/12/04 Copies For Court & Defendants | 450.00 |
| United States District Court For Delaware Filing State Farm | 150.00 |
| US District Court Copies For Complaint Filings | 135.00 |
| Filings between 6/18/04 - 6/21/04 | 4.44 |
| Copies of Filings between 6/18/04 - 6/21/04 | 350.00 |
| District Court Mailing To State Farm | 5.80 |
| Copies Of District Court Mailing To State Farm | 187.50 |
| State Farm Mailing Of District Court Issues | 4.85 |
| Copies of State Farm Mailing Of District Court Issues | 187.50 |
| Superior Ferry, Joseph & Pearce | 3.85 |
| Kafader Ferry Joseph & Pearce To Them | 3.85 |
| Chancery & Prothonatary | 3.85 |
| Casarino | 3.85 |
| Copies For Above Mailings for $3.85 | 360.00 |
| State Farm Certified Delivery Of Summons & Form A085 | 4.42 |
| Copies of Summons Mailed | 1.00 |
| Wachovia Mr. Gittings Delivery Of Subpoena & Summons | 4.42 |
| Copies of Summons Mailed | 1.00 |
| United States District Court For Delaware Return of Receipt of Form A085 | 0.37 |
| United States District Court For Delaware Pleading ERSC | 150.00 |
| Copies of District Court Delaware Pleadings | 253.75 |
| Mailing to Fastnet | 4.42 |
| Copies Of Mailings To Fastnet | 1.50 |
| Mailing To Kafader Return Receipt For District Pleadings | 7.90 |
| District Court Mailing To Kafader - Motion Custodian & Ceast & Desist | 3.95 |
| District Court Mailing To The Court - Motion Custodian & Ceast & Desist | 2.21 |
| Copies of District Court Delaware Pleadings Above | 262.50 |
| Delaware Supreme Court Appeal Fee | 300.00 |
| Copies Of Delaware Supreme Court Pleadings | 375.00 |
| Mailing To Kafader For Supreme Court Appeal & District Court Summons | 8.00 |
| Copies Of Delaware Kafader Information Sent To Him. | 375.00 |
| Supreme Court Mailing to The Court Itself | 3.95 |
| Ink Cartridge | 99.98 |
| District Court Mailing Of Delivery Of Summons To State Farm | 0.37 |
| Chancery Court Transcript | 144.00 |
| District Court Letter 7/20/2004 | 0.37 |
| Copies For District Court Letter | 1.50 |
| Chancery Court Letter For Fees | 0.37 |
| Letter RE: Summons To District Court | 0.37 |
| Kafader Motion 7/21 | 0.37 |
| State Farm Motion 7/21 | 0.37 |
| District Court Motion 7/21 | 0.37 |

| | |
|---|---|
| Copies of Motions dated 7/21/04 | 50.00 |
| District Court Motions To State Farm & ERSC 7/26/04 Mailing | 5.85 |
| ERSC Kafader Motion 7/26/04 Mailing | 4.08 |
| State Farm Casarino Motion 7/26/04 Mailing | 4.08 |
| District Court Second Copy Of Motions Sent on 7/26/04 - Being sent 7/28/2004 | 5.85 |
| Copies for 7/26 & 7/28 Mailings | 50.00 |
| Other Mailings 7/29/04 | 30.10 |
| Resending Of Complaints To Kafader & Defendants In Case Priority/Delivery Confirmation | 5.85 |
| Second Mailing Supreme 8/2/2004 | 30.10 |
| Re-mailing District Court Return Service | 15.79 |
| Mailing | 1.11 |
| Re-mailing District Court Return Service | 1.11 |
| Casarino Reply To Stay | 0.37 |
| Copies of Reply To Stay Made | 30.00 |
| District Court Stay | 0.37 |
| Copies of District Court To Stay Made | 30.00 |
| Kafader 8/5/2004 | 0.60 |
| Chancery Court 8/5/2004 | 0.60 |
| District Court Mailing 8/5/2004 | 0.60 |
| Kafader Mailings Postage | 11.11 |
| Copies | 53.25 |
| Kafader 8/7/2004 | 0.74 |
| Superior Mailing | 0.37 |
| Chancery Court Mailing | 0.37 |
| Kafader .74 Superior .3 | 1.11 |
| Motion To Dismiss | 0.37 |
| Copies For Mailings 8/7/2004 above & below | 30.00 |
| Ink Cartridge | 49.99 |
| Kafader 8/10/2004 | 0.37 |
| Copies of Above Mailing | 90.00 |
| District Court 8/10/2004 | 0.74 |
| Copies of Above Mailing | 90.00 |
| Chancery Mailing | 0.60 |
| Copies of Above Mailing | 90.00 |
| Kafader Mailings | 0.60 |
| Copies of Above Mailing | 90.00 |
| District Court Motion | 0.74 |
| Copies of Above Mailing | 90.00 |
| Kafader Mailings | 0.74 |
| Copies of Above Mailing | 90.00 |
| Supreme Mailing | 0.37 |
| Copies of Above Mailing | 90.00 |
| Superior Mailing | 0.37 |
| Copies of Above Mailing | 90.00 |
| Chancery Mailing | 0.37 |
| Copies of Above Mailing | 90.00 |
| Kafader Motion Not To Utilize Corporation Funds | 0.37 |
| Copies of Above Mailing | 37.50 |
| District Motion Not To Use Corporation Funds | 0.60 |
| Copies of Above Mailing | 37.50 |
| Phone Fax Charges State Farm | 14.60 |
| Chancery 8/16/2004 | 0.74 |
| Copies of Above Mailing | 187.50 |

| | |
|---|---:|
| Supreme 8/16/2004 | 0.74 |
| Copies of Above Mailing | 300.00 |
| Superior Mailing 8/16/2004 | 0.74 |
| Copies of Above Mailing | 300.00 |
| Kafader mailing 8/16/2004 | 0.74 |
| Copies of Above Mailing | 300.00 |
| Kafader & Supreme Court Mailing 8/20 | 7.06 |
| Copies of Above Mailing | 300.00 |
| Supreme Court 8/21/04 | 0.60 |
| Copies of Above Mailing | 217.50 |
| Superior Court 8/21/04 | 0.60 |
| Copies of Above Mailing | 217.50 |
| District Court 8/21/04 | 0.60 |
| Copies of Above Mailing | 217.50 |
| Stamps Supreme Removal | 0.74 |
| Orders District Court 8/28 | 0.74 |
| Orders Kafader 8/28 | 0.37 |
| Copies of Above Mailing | 1.50 |
| Superior Court Letter 9/06/04 | 0.74 |
| Copies of Above Mailing | 3.00 |
| Response To Kafader 9/9/04 | 0.74 |
| Response To Chancery 9/9/04 | 0.74 |
| District Court Subpoena 9/9/04 | 0.74 |
| Copies of Above Mailing | 3.50 |
| Supreme Court Appeal Filing Of Superior ERSC Docket | 0.74 |
| Supreme Court Appeal Sent To Kafader | 0.74 |
| Supreme Court Appeal | 300.00 |
| Copies of Above Mailing | 450.00 |
| District Court Brief Mailing | 6.30 |
| Kafader Brief Mailing | 3.85 |
| Parshall ERSC Brief Mailing | 3.85 |
| Copies of Above Mailing | 400.00 |
| Ink Cartridge | 49.99 |
| Supreme Court Mailing to The Court Itself | 0.37 |
| Kafader Supreme Court Mailing | 0.37 |
| Copies of Above Mailing | 120.00 |
| Superior Court Transmittal To Supreme Court | 100.00 |
| Mailing of Check to Superior Court | 0.37 |
| District Court Filing 9/20/04 | 6.30 |
| Priorty Mail Kafader 10/19/04 | 4.75 |
| Priorty Mail Delaware Supreme 10/19/04 | 5.30 |
| Copies of Above Mailing | 487.50 |
| US Supreme Mailing 10/21/04 | 3.95 |
| Kafader US Supreme Court Copy 10/21/04 | 2.21 |
| Copies of Above Mailing | 337.50 |
| 3 hours missed from work 6/24 Chancery Hearing (25.98+12.99=38.97*3=116.91) | 116.91 |
| 3 hours missed from work 6/16 Superior Hearing (25.98+12.99=38.97*3=116.91) | 116.91 |
| Wages Lost For Preparation of Cases ($50.00 * 240 Hours - Est. - Low Estimate) - Per State Farm Policy For Covered Persons | 12,000.00 |
| US Court Of Appeals Fees & Costs For Appeal filed | 700.00 |
| Delaware Supreme Court Response For ERSC 01/03/05 | 2.03 |
| Kafader Supreme Court Response For ERSC 01/03/05 | 1.29 |
| Copies of Above Mailing | 318.00 |
| Court Of Appeals Notice Of Appeal | 255.00 |

| Description | Amount |
|---|---:|
| US Court Of Appeals 01/14/2005 01/04/05 | 2.25 |
| Copies of Above Mailing | 30.00 |
| Ferry Court Of Appeals Motion For Counsel 1/20/05 | 0.37 |
| Parshall Court Of Appeals Motion For Counsel 1/20/05 | 0.37 |
| Court Of Appeals Motion For Counsel 1/20/05 | 0.60 |
| DE Supreme Court Informing of District Court Proceedings 1/20/05 | 0.37 |
| Ferry Informing Of District Court Proceedings 1/20/05 | 0.37 |
| Copies of Above Mailing | 30.00 |
| Emerald Ridge Corrective Motion To Kafader & Parshalls | 0.74 |
| Emerald Ridge Corrective Motion To District Court | 2.67 |
| Copies of Above Mailing | 12.50 |
| State Farm Motion To State Farm 1/31/2005 | 1.29 |
| State Farm Motion To District Court 1/31/2005 | 2.67 |
| Copies of Above Mailing | 50.00 |
| Parshall Jon District Court & Appeals Court Stay 2/03/05 | 2.67 |
| Ferry, Joseph & Pearce District Court & Appeals Court Stay 2/03/05 | 2.67 |
| District Court & Appeals Court Stay 2/03/05 | 2.67 |
| US Court Of Appeals Reconsideration & Stay 2/03/05 | 2.96 |
| Copies of Above Mailing | 12.50 |
| US Court Of Appeals Correction 2/04/05 | 0.74 |
| District Court Correction 2/04/05 | 0.37 |
| Ferry, Joseph & Pearce District Court & Appeals Court Correction 2/04/05 | 0.37 |
| Parshall Jon District Court & Appeals Court Correction 2/04/05 | 0.37 |
| Copies of Above Mailing | 12.50 |
| District Court Transcript Information 2/07/05 | 0.37 |
| Court Of Appeals Transcript Information 2/07/05 | 0.37 |
| Ferry, Joseph & Pearce Transcript Information 2/07/05 | 0.37 |
| Parshall Transcript Information 2/07/05 | 0.37 |
| Copies of Above Mailing | 50.00 |
| District Court Disclosure & Corrective Response Information 2/09/05 | 0.37 |
| Court Of Appeals Disclosure & Corrective Response Information 2/09/05 | 0.37 |
| Ferry, Joseph & Pearce Disclosure & Corrective Response Information 2/09/05 | 0.37 |
| Parshall Disclosure & Corrective Response Information 2/09/05 | 0.37 |
| Copies of Above Mailing | 50.00 |
| US Court Of Appeals Counsel Retention & Additional Attorney Fees, excluding copies & mailing filing fees paid separately | 17,000.00 |
| Casarino State Farm Motion For Summary Judgement 2-28-05 | 3.95 |
| District Court Casarino State Farm Motion For Summary Judgement 2-28-05 | 3.44 |
| Copies of Above Mailing | 148.00 |
| Agreement To Harry Feinberg | 0.37 |
| Copies of Above Mailing | 1.50 |
| Package To Harry Feinberg | 7.95 |
| Copies Costs Paid For Harry Feinberg | 250.00 |
| District Court Filing Against Chancery Court | 150.00 |
| District Court Mailing Of Filing Against Chancery Court | 6.30 |
| Copies of Above Mailing | 148.00 |

| | |
|---|---:|
| District Court Reply Brief Against Chancery Court | 6.30 |
| Copies of Above Mailing | 128.00 |
| Mailing ERSC To DE Supreme Court | 11.40 |
| Mailing Kafader For DE Supreme Court ERSC | 6.21 |
| Copies of Above Mailing | 277.50 |
| State Farm Reply Brief To Casario | 1.48 |
| State Farm Reply Brief To Court | 1.85 |
| State Farm Reply Brief To Casario (Correction) | 0.37 |
| State Farm Reply Brief To Court (Correction) | 0.37 |
| Copies of Above Mailing | 20.00 |
| 3/28/05 Court Postage | 1.66 |
| 4/03/05 Court Postage | 1.89 |
| State Farm Appeal To US Court Of Appeals | 255.00 |
| Office Of Disciplinary Counsel 4/5/2005 Gouge & Kafader 34 pages, 4 copies | 34.00 |
| Office Of Disciplinary Counsel 4/5/2005 Gouge & Kafader (Postage) | 2.67 |
| US Court Of Appeals Brief 42 Pages * 16 copies = 672 * .25 = $168 | 168.00 |
| US Court Of Appeals Appendix 46 Pages * 10 copies = 460 * .25 = $115 | 115.00 |
| Casarino Transcript Notification Form 4/08/05 | 0.37 |
| District Court Transcript Notification Form 4/08/05 State Farm | 0.37 |
| Court Of Appeals Transcript Notification Form 4/08/05 State Farm | 0.37 |
| Mailing Of Appellant Brief To Court Of Appeals 4/20/05 ERSC Acting Board | 4.76 |
| Mailing Of Appellant Brief To Rick Miller Of Ferry, Joseph & Pearce Appeals 4/20/05 | 3.53 |
| Mailing Of Appellant Brief To Jon Parschall Court Of Appeals 4/20/05 | 3.53 |
| Re-Mailing Of Transcript Form To District Court | 0.37 |
| US Court Of Appeals Brief 42 Pages * 16 copies = 672 * .25 = $168 State Farm | 168.00 |
| US Court Of Appeals Appendix 46 Pages * 10 copies = 460 * .25 = $115 State Farm | 115.00 |
| Chancery Court Letter April 26, 2005 | 0.37 |
| District Court Letter April 26, 2005 | 0.37 |
| Ferry, Joseph & Pearce Letter April 26, 2005 District Court & Chancery | 0.37 |
| Parshall Letter April 26, 2005 District Court | 0.37 |
| Casarino Letter April 26, 2005 District Court | 0.37 |
| Casarino Court Of Appeals Document Mailed 04/29/05 - Motion Not To Dismiss | 2.21 |
| Court Of Appeals Document Mailed 04/29/05 - Motion Not To Dismiss | 3.53 |
| Copies Of Court Of Appeals Document 4/29/05 - Motion Not To Dismiss = 25 Copies * 8 | 50.00 |
| US Court Of Appeals Revised Brief 71 Pages * 16 copies = 1132 * .25 = $284 ERSC | 284.00 |
| US Court Of Appeals Revised Appendix 46 Pages * 5 copies = 230 * .25 = $57.5 ERSC | 57.50 |
| US Court Of Appeals Revised Appendix/Brief Mailings - Ferry, Joseph & Pearce | 3.53 |
| US Court Of Appeals Revised Appendix/Brief Mailings - Parshall | 3.53 |
| US Court Of Appeals Revised Appendix/Brief Mailings - US Court | 5.76 |
| Quarterly Pacer Charges Posted 5/08/2005 | 16.56 |
| Reply Motion To State Farm For Casarino US Court Of Appeals | 1.96 |
| Reply Motion To US Court Of Appeals State Farm Casarino | 2.96 |
| Letter To US Court Of Appeals For Dismissing Case in Error | 2.30 |
| Letter to Casarino For State Farm For Court Of Appeals Erroneously Dismissing | 0.83 |
| US Court Of Appeals Re-Mailing Of Returned Motion In In Error By Them | 2.96 |
| US Court Of Appeals Copies Of Reply Breifs | 72.00 |

| | |
|---|---:|
| US Court Of Appeals Postage For Reply Briefs - Court, Miller, Parshalls | 8.04 |
| Software for conversion to PDF Files | 49.99 |
| Moving Costs Incurred | 4,300.00 |
| Mailings To US Court Of Appeals, District Court, Chancery & Superior Regarding Settlement Conference | 4.44 |
| US Court Of Appeals Brief&Appendix State DE & Chancery (68 pages, 14 copies) | 238.00 |
| US Court Of Appeals Re-Brief&Appendix State DE & Chancery (24 pages, 14 copies) | 84.00 |
| Mailing US Court Of Appeals Brief&Appendix State DE & Chancery | 6.30 |
| Mailing US Court Of Appeals Re-Brief&Appendix State DE & Chancery | 6.30 |
| | 53,426.52 |

**NET LOSS TO McCOLLUMS FOR CRIMES COMMITTED BY STATE FARM**

| | |
|---|---:|
| Actual Purchase Price New Home | 666,200 |
| Back Out Conservatory (Don't Currently Have) | (24,900) |
| Back Out Childrens Suite (Don't Currently Have) | (20,900) |
| Estimate For New Home Less Items We Currently Do Not Have | 620,400 |
| Fence | 3,200 (Currently Have & losing) |
| Garage Door Openers | 900 (Currently Have & losing) |
| Garage Door Openers Installation | 450 (Currently Have & losing) |
| Basement Done | 35,000 (Currently Have & losing) |
| Alarm System | 600 (Currently Have & losing) |
| Granite Counter M/B & Kitchen | 8,500 (Currently Have & losing) |
| French Doors (Office/Conserv) | 850 (Currently Have & losing) |
| Deck | 21,000 (Currently Have & losing) |
| Tile Kitchen Floor & Conservatorium | 8,700 (Currently Have & losing) |
| Basketball Pad 40x40 | 5,000 (Currently Have & losing) |
| Closet Organizers | 14,000 (Currently Have & losing) |
| Re-do Front Walkway | 8,000 (Currently Have & losing) |
| Front Doors | 3,500 (Currently Have & losing) |
| Pool/Hot Tub | 22,000 (Currently Have & losing) |
| Sprinkler System | 3,500 (Currently Have & losing) |
| **Sub-Total Above** | **755,600** |
| Sales Proceeds On Average Sale (Sold For $446,000) | (420,000) |
| Net Loss To McCollums For Being Forced To Move @ Hands Of State Farm | 335,600 |