

Judge Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Lock Box 27
Wilmington, DE 19801



U.S POSTAGE
$0.83
FC04
19650
Date of sale
11/30/05
02   1P00
02314010
APC