

(U.S.M.S)
X-RAY

United States District Court
For The District of DE
844 North King Street
Lock box 18
Wilmington, DE 19801

