# CASARINO, CHRISTMAN & SHALK, P.A.

### ATTORNEYS AT LAW
CONECTIV BUILDING
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN
JOHN A. MACCONI, JR

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

(302) 594-4500
FAX: (302) 594-4509

RECEIVED

DEC 1 3 2005

December 8, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Lock Box 27
Wilmington, DE 19801

> **Re:   Brooks-McCollum v. State Farm**
> **Civil Action No. 04-419 JJF**

Dear Judge Farnan:

The plaintiff has recently filed a motion to compel a settlement. It is my understanding that the plaintiff and Ed Kafader who represents defendants in other cases entered into a global settlement of all cases filed by Ms. Brooks-McCollum. I was notified by Mr. Kafader of the settlement although I had no involvement in the discussion concerning the settlement nor the terms of the settlement.

Apparently there appears to be a misunderstanding and Mrs. Brooks-McCollum has indicated that there is no settlement and further that she wants the court to enforce the settlement.

I would ask that the court hold a conference with Ms. Brooks-McCollum, Mr. Kafader and me in order to determine the status of the settlement. There may simply be a misunderstanding concerning the terms of the release which may be resolved at a court conference. On the other hand, if there is a fundamental dispute and there is no settlement the court could give us some guidance on how to proceed in this matter.

Respectfully yours,

Stephen P. Casarino

SPC/ams

cc:   Edward F. Kafader, Esquire
      Cathy Brooks-McCollum