ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Cathy Brooks-McCollum (Personally and as a Director)     C.A. No.     04-0419-JJF
& On Behalf Of Emerald Ridge Service Corporation
PO Box 12166
Wilmington, DE 19850
                         Plaintiff(s),

vs.

State Farm Insurance Company
                         Defendant(s),

### MOTION TO INVALIDATE CHANCERY COURTS ORDER & RULE IN ACCORDANCE TO THE LAW ON INDEMNIFICATION OF ALL PARTIES

    Plaintiff files this Motion pursuant the laws setforth, and ask that this court invalidate the lower courts Order, which goes against state law, federal law and US Law and issue an Order in compliance with the applicable laws before this court.

    When a judge acts as a trespasser of the law, when a judge does not follow the law, the judge loses subject-matter jurisdiction and the judges orders are void, of no legal force or effect.

    The U.S. Supreme Court, in <u>Scheuer v. Rhodes, 416 U.S. 232, 94 S.Ct. 1683, 1687 (1974)</u> stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he "comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."

    The judge then acts not as a judge, but as a private individual (in his person).

    The U.S. Supreme Court has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." <u>Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958)</u>.

    Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge is engaged in acts of treason.

    If a judge does not fully comply with the Constitution, then his orders are void, <u>In re Sawyer, 124 U.S. 200 (1888)</u>, he/she is without jurisdiction, and he/she has engaged in an act or acts of treason.

    Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason. <u>U.S. v. Will, 449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980); Cohen v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)</u>



FILED

MAR 10 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In 1994, the U.S. Supreme Court held that "Disqualification is required if an objective observer would entertain reasonable questions about the judge's impartiality. If a judge's attitude or state of mind leads a detached observer to conclude that a fair and impartial hearing is unlikely, the judge must be disqualified." *Liteky v. U.S., 114 S.Ct. 1147, 1162 (1994)*.

Courts have repeatedly held that positive proof of the partiality of a judge is not a requirement, only the appearance of partiality. *Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847, 108 S.Ct. 2194 (1988)* (what matters is not the reality of bias or prejudice but its appearance); *United States v. Balistrieri, 779 F.2d 1191 (7th Cir. 1985)* (Section 455(a) "is directed against the appearance of partiality, whether or not the judge is actually biased.") ("Section 455(a) of the Judicial Code, 28 U.S.C. §455(a), is not intended to protect litigants from actual bias in their judge but rather to promote public confidence in the impartiality of the judicial process.").

That Court also stated that Section 455(a) "requires a judge to recuse himself in any proceeding in which her impartiality might reasonably be questioned." *Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989)*. *In Pfizer Inc. v. Lord, 456 F.2d 532 (8th Cir. 1972)*, the Court stated that "It is important that the litigant not only actually receive justice, but that he believes that he has received justice."

Our Supreme Court has ruled and has reaffirmed the principle that "justice must satisfy the appearance of justice", *Levine v. United States, 362 U.S. 610, 80 S.Ct. 1038 (1960)*, citing *Offutt v. United States, 348 U.S. 11, 14, 75 S.Ct. 11, 13 (1954)*. A judge receiving a bribe from an interested party over which he is presiding, does not give the appearance of justice.

"Recusal under Section 455 is self-executing; a party need not file affidavits in support of recusal and the judge is obligated to recuse herself/himself sua sponte under the stated circumstances." *Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989)*.

Further, the judge has a legal duty to disqualify himself even if there is no motion asking for his disqualification. The Seventh Circuit Court of Appeals further stated that "We think that this language [455(a)] imposes a duty on the judge to act sua sponte, even if no motion or affidavit is filed." *Balistrieri*, at 1202.

Should a judge not disqualify himself as required by law, then the judge has given another example of his "appearance of partiality" which further disqualifies the judge. Should another judge not accept the disqualification of the judge, then the second judge has evidenced an "appearance of partiality" and has disqualified himself/herself. None of the orders issued any judge who has been disqualified by law are valid, they are void as a matter of law, and are of no legal force or effect.

Should a judge not disqualify himself, then the judge is violation of the Due Process Clause of the U.S. Constitution. *United States v. Sciuto, 521 F.2d 842, 845 (7th Cir. 1996)* ("The right to a tribunal free from bias or prejudice is based, not on section 144, but on the Due Process Clause.").

Page 2

Should a judge issue any order after he has been disqualified by law, and if the party has been denied of any of his/her property, then the judge may have been engaged in the Federal Crime of "interference with interstate commerce". The judge has acted in the judge's personal capacity and not in the judge's judicial capacity.

Courts have repeatedly ruled that judges have no immunity for their criminal acts. Since both treason and the interference with interstate commerce are criminal acts, no judge has immunity to engage in such acts.

Wherefore, Plaintiff respectfully asks that this court rule upon the issue of Indemnification per the documents before it, the law and without invoking personal relationships and opinion, and allow the other issues to be tried by a Jury as requested.

Respectfully submitted,

Cathy D. Brooks-McCollum

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Cathy Brooks-McCollum (Personally and as a Director) & On Behalf Of Emerald Ridge Service Corporation<br>PO Box 12166<br>Wilmington, DE 19850 | C.A. No. | 04-0419-JJF |
| Plaintiff(s), | | |

vs.

State Farm Insurance Company

Defendant(s

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March 2006, I caused to be served a true and correct copy of the foregoing

Response regular postage mail, postage prepaid, upon Defendants:

Stephen P. Casarino
800 North King Street
Suite 200
Wilmington, DE 19899
(302) 594-4500
(302) 594-4509 (Fax)

*/s/ Cathy Brooks-McCollum*
Cathy D. Brooks-McCollum
PO Box 12166
Wilmington, DE 19850
(302) 521-1241



United States District Court
For The District of Delaware
844 North King Street
Lockbox 18
Wilmington, DE 19801