IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cathy D. Brooks-McCollum<br>& On behalf of<br>Emerald Ridge Service Corporation Derivative Action<br>As a Director<br>PO Box 12166<br>Wilmington, DE 19850<br>(302) 521-1241<br>**(PLAINTIFF)** | CIVIL ACTION NO:   04-419 (JJF)<br><br>**JURY TRIAL REQUESTED** |

vs.

State Farm Insurance Company
**(DEFENDANTS)**

### MOTION TO ORDER DEFENDANTS TO COMPLY WITH THE COURTS ORDER DATED MAY 2, 2006 REGARDING PRE-DISCOVERY DISCLOSURES

Plaintiff respectfully asks that this court instruct Defendants to comply with discovery efforts pursuant this courts Order Dated May 2, 2006 regarding Pre-Discovery Disclosures. Defendants have failed to honor any pre-discovery efforts.

Submitted,

*[signature]*
Cathy D. Brooks-McCollum
PO Box 12166
Wilmington, DE 19850
June 6, 2006

FILED
JUN - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*RO scanned*

1



PO Box 18166
Wilmington, DE 19850

United States District
Court For The District Of
844 North King Street
Lockbox 18
Wilmington, DE 19801