IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHY D. BROOKS-MCCOLLUM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-419 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S INITIAL DISCLOSURES

A. Witness:

    Ruth Vivardis, c/o Emerald Ridge
    Pat McClure, c/o Emerald Ridge
    Valerie Longhurst, c/o Emerald Ridge
    Ken Shareff, c/o Emerald Ridge
    Renford Brevard, c/o Emerald Ridge
    Maudy Melville, c/o Emerald Ridge

B. Documents:

    State Farm Insurance Policy insurance Emerald Ridge

C. Expert Witness:

    No expert witnesses have been retained to date.

    /s/ Stephen P. Casarino, Esq.
STEPHEN P. CASARINO, ESQ
CASARINO, CHRISTMAN & SHALK
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for the Defendant

DATED: June 23, 2006

## **CERTIFICATE OF SERVICE**

I, Stephen P. Casarino, Esq., hereby certify that I have caused to be deposited in the mailbox at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 23rd day of June, 2006, a true and correct copy of the attached Response to Plaintiff's Motion to Limit Discovery to:

>Cathy D. Brooks-McCollum
>P.O. Box 12166
>Wilmington, DE 19850

>  /s/ Stephen P. Casarino, Esq.
> STEPHEN P. CASARINO, ESQ
> CASARINO, CHRISTMAN & SHALK
> I.D. No. 174
> 800 N. King Street, Suite 200
> Wilmington, DE 19899-1276
> (302) 594-4500
> Attorney for the Defendant