# EXHIBIT A

# CASARINO, CHRISTMAN & SHALK, P.A.
### ATTORNEYS AT LAW
### 800 NORTH KING STREET
### SUITE 200
### P.O. BOX 1276
### WILMINGTON, DELAWARE 19899

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN
SARAH C. BRANNAN

**REPLY TO OUR MAILING ADDRESS:**
P.O. BOX 1276
WILMINGTON, DE 19899

(302) 594-4500
FAX: (302) 594-4509

January 4, 2007

**VIA EMAIL - mccollumc1@comcast.net**
Cathy D. Brooks-McCollum
P.O. Box 12166
Wilmington, DE 19850

    Re:    Brooks-McCollum v. State Farm

Dear Ms. Brooks-McCollum:

    As you know, the Pretrial Conference of your case is scheduled for Thursday, January 11, 2007 at 11:00 a.m. Under the court rules you are responsible for filing the Pretrial Stipulation three days before the conference. I am enclosing my portions of the Pretrial Stipulation. Would you please prepare your portions and send them to me promptly so that I may review them and respond.

    Very truly yours,

    */s/ Stephen P. Casarino*

    Stephen P. Casarino

SPC/ams
Enclosure