IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHY D. BROOKS-MCCOLLUM, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-419 JJF |
| STATE FARM INSURANCE COMPANY, | : |
| Defendant. | : |

### ORDER

WHEREAS, on June 8, 2006, Plaintiff filed a Motion To Order Defendants To Comply with the Scheduling Order regarding pre-discovery disclosures (D.I. 71);

WHEREAS, on June 23, 2006, Defendant filed its Initial Disclosures (D.I. 73);

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion To Order Defendants To Comply (D.I. 71) is **DENIED** as moot.

March 21, 2007

_____
UNITED STATES DISTRICT JUDGE