## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

Cathy D. Brooks-McCollum
& On behalf of
Emerald Ridge Service Corporation Derivative Action
As a Director
115 Emerald Ridge Drive
Bear, DE 19701
(302) 832-2694
**(PLAINTIFF)**

CIVIL ACTION NO:    04-419 (JJF)

**JURY TRIAL REQUESTED**

vs.

State Farm Insurance Company
**(DEFENDANTS)**



**STATEMENT IN FILING STIPULATION**

   Plaintiff has submitted the combined statements of what she has incorporated into the document submitted by Defendants to Plaintiff. Plaintiff has forwarded to the court a full copy with her signature on the document. Defendants should be submitting the last page with their signature and a copy with both Plaintiff and her signature, as a precaution, in that Plaintiff was never notified of the Motion To Dismiss. Plaintiff has done this through electronic means as proof that the document were and have been submitted as the court rules require.


Cathy D. Brooks-McCollum (Pro Se)
PO Box 12166
Wilmington, DE 19850
(302) 521-1241