April 27, 2007

US District Court For Delaware

RE:  Civil Action 04-CV-00419-JJF
     Brooks-McCollum, et.al vs. State Farm

Attention:    Clerk's Office

Can you please forward any items sent electronically to the Defendants via the same method to the Plaintiff @ mccollumc1@comcast.net. I believe this was included in my filings.

Thank you,

*[signature]*

Cathy Brooks-McCollum

*[Filed stamp: 04cv419 JJF, FILED MAY 07 2007, RGScanned, U.S. DISTRICT COURT, DISTRICT OF DELAWARE]*

United States District
Court For Delaware
844 North King St.
Lockbox 18
w/m DE 19801

WILMINGTON DE 197
04 MAY 2007 PM 2 L

HATTIE McDA