IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHY D. BROOKS-MCCOLLUM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE FARM INSURANCE COMPANY, )<br>)<br>Defendant. ) | Civil Action No. 04-419 JJF |

**CERTIFICATE OF SERVICE**

I, Stephen P. Casarino, Esq., hereby certify that I have caused to be deposited in the mailbox at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 5th day of June 2007, a true and correct copy of the attached Response to Plaintiff's Motion to Enforce Settlement:

Cathy D. Brooks-McCollum
P.O. Box 12166
Wilmington, DE 19850

  /s/ Stephen P. Casarino, Esq.
STEPHEN P. CASARINO, ESQ
CASARINO, CHRISTMAN & SHALK, P.A.
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for the Defendant