IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CATHY D. BROOKS-MCCOLLUM, :
: 
    Plaintiff, :
:
v. : Civil Action No. 04-419-JJF
:
STATE FARM INS. CO., :
:
    Defendant. :

### ORDER

WHEREAS, Plaintiff has requested that the Defendant serve filings to her via e-mail;

WHEREAS, Plaintiff is appearing <u>pro se</u> and does not participate in the Court's electronic filing system;

WHEREAS, despite Plaintiff's request, Defendant has served its filings on Plaintiff via standard mail and has not given reason why service by e-mail would be burdensome;

NOW THEREFORE, IT IS HEREBY ORDERED that, in the interests of judicial economy and efficiency in this litigation, Defendant shall serve its filings on Plaintiff via e-mail at the address provided by Plaintiff to the Court, mccollumc1@comcast.net.

July 10, 2007

                                                UNITED STATES DISTRICT JUDGE