IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHY D. BROOKS-MCCOLLUM, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-419 JJF |
| STATE FARM INS. CO., | : |
| Defendant. | : |

### SCHEDULING ORDER

IT IS ORDERED that:

1. **Discovery.**

   (a) All fact discovery shall be commenced so as to be completed by **October 9, 2007**.

   (B) **Discovery Disputes.** Any discovery dispute shall be submitted to the Court by letter not to exceed four (4) pages. Any response must be submitted by letter not to exceed four (4) pages **within ten (10) days of the filing of the original letter**. No reply shall be submitted unless ordered by the Court.

2. **Summary Judgment Motions.** Any summary judgment motions, pursuant to Federal Rule of Civil Procedure 56, shall be served and filed with an opening brief on or before **November 8, 2007**. Briefing shall be pursuant to D. Del. LR 7.1.2. If there are no disputed facts, any motions for summary judgment shall be filed **no later than August 10, 2007**.

July 11, 2007

_____
UNITED STATES DISTRICT JUDGE