IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHY D. BROOKS-MCCOLLUM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-419 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
<u>PURSUANT TO FRCP RULE 56</u>

The Defendant State Farm hereby moves for Summary Judgment on the ground that there are no disputed facts and Defendant is entitled to judgment as a matter of law.

        CASARINO, CHRISTMAN & SHALK, P.A.

        /s/ Stephen P. Casarino
        STEPHEN P. CASARINO, ESQUIRE
        BAR I.D. NO. 174
        800 North King Street, Suite 200
        Wilmington, DE 19801
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have served via email/electronic filing at 800 North King Street, Suite 200, Wilmington, Delaware on this 10th day of August 2007, true and correct copies of the attached Defendant's Motion for Summary Judgment to:

Cathy D. Brooks-McCollum
115 Emerald Ridge Drive
Bear, DE 19701

CASARINO, CHRISTMAN & SHALK

/S/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant