# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHY D. BROOKS-MCCOLLUM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-419 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S REQUEST FOR ADMISSIONS DIRECTED TO PLAINTIFF

The defendant requests the plaintiff to admit the following:

1.  That the plaintiff has no evidence whatsoever to indicate that defendant State Farm, any of its employees or agents performed any act of vandalism on plaintiff's property.

    RESPONSE:


2.  That the plaintiff has no evidence whatsoever to indicate that defendant State Farm, any of its employees or agents performed any act of harassment in any manner on plaintiff or member of the plaintiff's family.

    RESPONSE:

CASARINO, CHRISTMAN & SHALK, P.A.

/s/ Stephen P. Casarino, Esq.
STEPHEN P. CASARINO, ESQ.
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500

Dated: September 22, 2005          Attorney for the Defendant

## CERTIFICATE OF SERVICE

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have caused to be deposited in the mailbox at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 22nd day of September 2005, a true and correct copy of the attached Request for Admissions to:

Cathy D. Brooks-McCollum
P.O. Box 12166
Wilmington, DE 19850

CASARINO, CHRISTMAN & SHALK

/s/ Stephen P. Casarino, Esq
STEPHEN P. CASARINO, ESQ.
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for the Defendant

Dated: 9/22/05

## Discovery Documents
1:04-cv-00419-JJF Brooks-McCollum v. State Farm Ins. Co.

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Casarino, Stephen entered on 9/22/2005 at 10:08 AM EDT and filed on 9/22/2005

**Case Name:**　　　Brooks-McCollum v. State Farm Ins. Co.
**Case Number:**　　1:04-cv-419
**Filer:**　　　　　　State Farm Insurance Company
**Document Number:** 45

**Docket Text:**
REQUEST for Admissions directed to Cathy Brooks-McCollum by State Farm Insurance Company. (Casarino, Stephen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/22/2005] [FileNumber=102515-0]
[990527965aa0fa372e152a6e754132d0d1cc5e80d9ae86e3a5f5c4844baeb4beee3d
dfe3f7049a4a5ce98895520b2fa1e1c5041524caa831ed277144bb32db55]]

**1:04-cv-419 Notice will be electronically mailed to:**

Stephen P. Casarino　　scasarino@casarino.com,

**1:04-cv-419 Notice will be delivered by other means to:**

Cathy D. Brooks-McCollum
Cathy D. Brooks-McCollum, Pro se
P.O. Box 12166
Wilmington, DE 19850