# CASARINO, CHRISTMAN & SHALK, P.A.
### ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN
J'AIME L. WALKER **

** ADMITTED IN PA and NJ ONLY

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

August 10, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Lock Box 27
Wilmington, DE 19801

    RE:    **Cathy Brooks-McCollum v. State Farm Insurance Company**
            **C.A. No. 04-419 JJF**

Dear Judge Farnan:

    Per the Court Order of July 10, 2007 I have tried to serve plaintiff Defendant's Motion for Summary Judgment and its Opening Brief in support of that motion several times to the email address stated in the order, mccollumcl@comcast.net. Each time the documents were sent, I received a System Administration notice advising me that the above address could not be reached.

    Enclosed is my letter to plaintiff advising her of this issue. I have sent the documents to plaintiff via regular mail.

    Very truly yours,

    /s/ Stephen P. Casarino

    STEPHEN P. CASARINO

SPC/rt
Enclosure

cc: Cathy Brooks-McCollum - via regular mail