## CORRECTION TO NUMBER 38 OF ADMISSIONS
### Shareef-Brevett-Melville-Longhurst-Vivardis-Martell
### (illegal changed to legal)

38. Admit that even when Defendant State Farm was informed via its' Attorney Edward Kafader & Plaintiff that the Corporation's Attorney Donald Gouge confirmed and admitted that none of the parties on the board were legal, State Farm authorized, and continued to fund your costs, and sent Attorney Edward Kafader before the Corporation stating what was contrary to the Corporation's Counsel written statement.

Cathy D. Brooks-McCollum (Pro Se)
PO Box 12166
Wilmington, DE  19850
(302) 521-1241

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cathy D. Brooks-McCollum<br>& On behalf of<br>Emerald Ridge Service Corporation Derivative Action<br>As a Director<br>115 Emerald Ridge Drive<br>Bear, DE 19701<br>(302) 832-2694<br>**(PLAINTIFF)**<br>vs.<br>State Farm Insurance Company<br>**(DEFENDANTS)** | CIVIL ACTION NO: 04-419 (JJF)<br><br>**JURY TRIAL REQUESTED** |

## PROOF OF SERVICE

I Cathy D. Brooks-McCollum hereby certify that on the 15th day of August 2007, I will and have caused to be served a true and correct copy of the foregoing Correction to Number 38 on the Request For Admissions on:

> Kenneth Shareef, (Sent To State Farms Attorney)
> Renford Brevett, 44 Emerald Ridge Drive, Bear, DE 19701 (302) 834-1195
> Maudy Melville, 41 Emerald Ridge Drive, Bear, DE 19701 (302) 834-9324
> Valerie Longhurst, 11 Winchester Court, Bear, DE 19701 (302) 836-3717
> Mark Martell, 99 Emerald Ridge Drive, Bear, DE 19701
> Ruth Vivardis, 45 Emerald Ridge Drive, Bear, DE 19701

*[signature]*

Cathy D. Brooks-McCollum (Pro Se)
PO Box 12166
Wilmington, DE 19850
(302) 521-1241

PO Box 66
Wilmington, DE 19850



U.S.M.S X-RAY

United States District Court
For The District of Delaware
Boggs Building
844 North King Street
Lockbox 18
Wilmington, DE 19801





U.S. POSTAGE PAID
NEWARK DE 19711
AUG 15 07
AMOUNT $4.60
00083322-25