CA 04-419 JJF

## CORRECTION TO # 38 OF ADMISSIONS FOR KAFADER & #37 FOR OTHERS
### Kafader-Wilson-Rust-Molster-Dillon
### (illegal changed to legal)

38. Admit that even when Defendant State Farm was informed via its' Attorney Edward Kafader & Plaintiff that the Corporation's Attorney Donald Gouge confirmed and admitted that none of the parties on the board were legal, State Farm authorized, and continued to fund your costs, and sent Attorney Edward Kafader before the Corporation stating what was contrary to the Corporation's Counsel written statement.

_Cathy D. Brooks-McCollum_
Cathy D. Brooks-McCollum (Pro Se)
PO Box 12166
Wilmington, DE 19850
(302) 521-1241



FILED
AUG 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Cathy D. Brooks-McCollum　　　　　　　　　　　　CIVIL ACTION NO: 04-419 (JJF)
& On behalf of
Emerald Ridge Service Corporation Derivative Action　　**JURY TRIAL REQUESTED**
As a Director
115 Emerald Ridge Drive
Bear, DE 19701
(302) 832-2694
**(PLAINTIFF)**
　　vs.
State Farm Insurance Company
**(DEFENDANTS)**

**PROOF OF SERVICE**

I Cathy D. Brooks-McCollum hereby certify that on the 15th day of August 2007, I will and have caused

to be served a true and correct copy of the foregoing Correction to Number #38 Kafader & #37 others on the

Request For Admissions on:

Larry L. Wilson　　　　　　　　　　　　　　　Mr. Edward B. Rust
State Farm Fire and Casualty Company　　　　　　State Farm Insurance Company
1500 State Farm Boulevard　　　　　　　　　　　Bloomington, IL
Charlottesville, VA 22909　　　　　　　　　　　　(309) 766-2311 (Telephone)
(434) 872-2810　　　　　　　　　　　　　　　　(309) 766-2566 (Fax)

Ms. Glenna Molster　　　　　　　　　　　　　　Mr. Ed Dillon
State Farm Insurance Companies　　　　　　　　　State Farm Insurance Companies
3540 Old Capital Trail　　　　　　　　　　　　　3540 Old Capital Trail
P.O. Box 5070　　　　　　　　　　　　　　　　Wilmington, DE 19808
Wilmington, DE 19808　　　　　　　　　　　　(302) 995-0300 (Telephone)
(302) 995-0300　　　　　　　　　　　　　　　(302) 995-0399 (Telephone)
　　　　　　　　　　　　　　　　　　　　　　(302) 995-6330 (Fax)

Ferry, Joseph & Pearce
& Edward Kafader
824 North Market Street
Suite 904, P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
(302) 575-1714 (Fax)

*/s/ Cathy D. Brooks-McCollum*

Cathy D. Brooks-McCollum (Pro Se)
PO Box 12166
Wilmington, DE 19850
(302) 521-1241

United States District Court
For The District of Delaware
Boggs Building
844 North King Street
Lockbox 18
Wilmington, DE 19801

PO BOX 66
Wilmington, DE 19850

U.S.M.S. X-RAY

