CA 04-419 JJF

**CORRECTION TO # 38 OF ADMISSIONS FOR KAFADER & #37 FOR OTHERS**
**Kafader-Wilson-Rust-Molster-Dillon**
**(illegal changed to legal)**

38. Admit that even when Defendant State Farm was informed via its' Attorney Edward Kafader & Plaintiff that the Corporation's Attorney Donald Gouge confirmed and admitted that none of the parties on the board were legal, State Farm authorized, and continued to fund your costs, and sent Attorney Edward Kafader before the Corporation stating what was contrary to the Corporation's Counsel written statement.

*[signature]*
Cathy D. Brooks-McCollum (Pro Se)
PO Box 12166
Wilmington, DE  19850
(302) 521-1241



FILED
AUG 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cathy D. Brooks-McCollum<br>& On behalf of<br>Emerald Ridge Service Corporation Derivative Action<br>As a Director<br>115 Emerald Ridge Drive<br>Bear, DE 19701<br>(302) 832-2694<br>**(PLAINTIFF)**<br>vs.<br>State Farm Insurance Company<br>**(DEFENDANTS)** | CIVIL ACTION NO: 04-419 (JJF)<br><br>**JURY TRIAL REQUESTED** |

**PROOF OF SERVICE**

I Cathy D. Brooks-McCollum hereby certify that on the 15th day of August 2007, I will and have caused to be served a true and correct copy of the foregoing Correction to Number #38 Kafader & #37 others on the Request For Admissions on:

Larry L. Wilson
State Farm Fire and Casualty Company
1500 State Farm Boulevard
Charlottesville, VA 22909
(434) 872-2810

Ms. Glenna Molster
State Farm Insurance Companies
3540 Old Capital Trail
P.O. Box 5070
Wilmington, DE 19808
(302) 995-0300

Ferry, Joseph & Pearce
& Edward Kafader
824 North Market Street
Suite 904, P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
(302) 575-1714 (Fax)

Mr. Edward B. Rust
State Farm Insurance Company
Bloomington, IL
(309) 766-2311 (Telephone)
(309) 766-2566 (Fax)

Mr. Ed Dillon
State Farm Insurance Companies
3540 Old Capital Trail
Wilmington, DE 19808
(302) 995-0300 (Telephone)
(302) 995-0399 (Telephone)
(302) 995-6330 (Fax)

*(signature)*

Cathy D. Brooks-McCollum (Pro Se)
PO Box 12166
Wilmington, DE 19850
(302) 521-1241

United States District Court
For The District of Delaware
Boggs Building
844 North King Street
Lockbox 18
Wilmington, DE 19801

PO BC 66
Wilmington, DE 19850

U.S.M.S. X-RAY

