IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Cathy D. Brooks-McCollum
& On behalf of
Emerald Ridge Service Corporation Derivative Action
As a Director
PO Box 12166
Wilmington, DE 19850
(302) 521-1241
**(PLAINTIFF)**

vs.

State Farm Insurance Company
**(DEFENDANTS)**

CIVIL ACTION NO:   04-419 (JJF)

**JURY TRIAL REQUESTED**



## CURRENT DISCOVERY DELAYS RELATED TO THIS CASE

Plaintiff submitted the attached Interrogatories upon various individuals, as well a request for Production of Documents several times. Therefore, Plaintiff is asking the court should these items not be complied with per the Courts Order by October 9, 2007 to issue an Order instructing each party which Interrogatories they must comply with, and the documents they must turn over to Plaintiff.

Plaintiff has issued the attached Subpoena, as well as the one to Wachovia Bank to turn over Corporate documentation, which are not afforded Attorney Client Privilege, in that Plaintiff is and has been determined to have been a valid Stockholder and Director, in addition to the parties never claimed they did not commit crimes in obtaining the documents, but merely have argued immunity, this takes away any privilege obtained between Attorney Kafader, Gouge and the other parties who participated along with Defendants in these pleadings.

Plaintiff previously submitted other discoverable items to the court regarding admissions and Request Of Production of Documents, Depositions, etc. of which Plaintiff requests the court to issue an Order on should they too not be fully complied with.

Submitted,

/s/ Cathy D. Brooks-McCollum
PO Box 12166
Wilmington, DE 19850
August 15, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cathy D. Brooks-McCollum<br>& On behalf of<br>Emerald Ridge Service Corporation Derivative Action<br>PO Box 12166<br>Wilmington, DE 19850<br>As a Director<br>**(PLAINTIFF)** | CIVIL ACTION NO:   04-419 (JJF)<br><br>**JURY TRIAL REQUESTED** |
| vs. | |
| State Farm Insurance Company<br>**(DEFENDANTS)** | |

## PROOF OF SERVICE

I Cathy D. Brooks-McCollum hereby certify that on the 13th day of September 2007, I will and have caused to be served a true and correct copy of the foregoing two Motion electronically upon defendants:

>Casarino, Christman & Shalk
>Stephen P. Casarino
>800 North King St, Suite 200
>P.O. Box 1276
>Wilmington, DE 19899
>(302) 594-4500
>(302) 594-4509 Fax

/s/ Cathy D. Brooks-McCollum (Pro Se)
PO Box 12166
Wilmington, DE 19850
(302) 521-1241



PO Box 12106
Wilmington, DE 19850

United States District Court
844 North King Street
Lock Box 18
Wilmington, DE 19801