| | |
|---|---|
| **From:** | mccollumc1@comcast.net |
| **To:** | ekafader@ferryjoseph.com, scasarino@casarino.com, jonp@msllaw.com |
| **CC:** | scasarino@casarino.com, jonp@msllaw.com |
| **BCC:** | mccollumc1@comcast.net |
| **Subject:** | Your Opinion & Unwanted Comments |
| **Date:** | Thursday, September 13, 2007 7:32:37 AM |

Mr. Kafader first of all as you so stated your clients are not party to the suit filed in the US District Court against State Farm on behalf of Emerald Ridge Service Corporation and myself, therefore, all discovery methods on behalf of them will be sent directly to them and if you have a problem with this take it up with the court. If my understanding serves me correctly since this is not part of the Chancery Court case you don't have to be served or copied. Also, neither does Mr. Parshall's since he is supposedly the counsel of record in the Superior Court.

Your clients were served Subpeonas and Interrogatories for all the Emerald Ridge Service Documents up until the time I was a Director, including but not limited to the documents regarding the State Farm policy and have chosen to ignore the Subpeoneas. Therefore, please take note that each party will be re-served the new Admissions with the heading being changed to Interrogatories and the wording changed, as well as yourself. If they continue to allow you to put them in a bind that is on them.

Mr. Casarino can also speak for himself and therefore I ask that you not send me any correspondence indicating what you think I should or should not do, because my opinion of you is very low, and any suggestion will just go disregarded, especially when you committed crimes and then tried to hide behind immunity, instead of standing up to them like a man. How can one site the very laws of which they ignored at each stage of this legal process. Should you or Mr. Casarino have any problems with how any directions are being directed to the court please send your opinions directly to the court as the court stated and issues should be sent to them by October 9, 2007, and if you are also still acting on behalf of State Farm, please ensure that you adhere to the Court Order and make any filings electronically, as this court has so ORDERED. Mr. Casarino should have informed you of this, in that it is clear that all of you are working together in attempts to prevent discovery.

Mr. Casarino has been copied at each stage during these proceedings, and I have proof to that, however he has tried circumventing the law by not copying me on filings, in an attempt to further aide State Farm

However, please understand that State Farm will not be able to hide behind

immunity for their illegal activity through their attorneys regarding this case,
and believe me when I say if the law is adhered to they will be determined to be
Joint Tortfeasors and have to pay for the case against themselves, which is very
strong while it is currently being built.

While I know it makes you happy to try intimidating me, and breaking the law,
and you miss that try to refrain from doing that. I know you are probably use
to threatening people, and breaking the laws to get your way, but I can assure
you that I was the wrong person, and while money is the bottom line for you, it
is not for me, it calms me to know that accordance to the book of the law, I was
successful in beating you, had it not been from the aide you received and your being able to hide and stand behind
immunity. The satisfaction is that you know it and I know it, and GOD knows it.
You did not expect it and it angers you for this to have happened to you.

DON'T NOT SEND ME ANYTHING UNLESS IT IS YOUR RESPONSES, AND IF YOU HAVE ISSUES
SEND THEM TO THE COURT, AND I WILL NOT ASK YOU AGAIN.

cc: United District Court Civil Action 04-419 (JJF)

**(Attachments successfully scanned for viruses.)**

Attachment 1: (text/html)