## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHY D. BROOKS-MCCOLLUM, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE FARM INSURANCE COMPANY, )<br>)<br>Defendant. ) | Civil Action No. 04-419 JJF |

### MOTION TO QUASH SUBPOENA

1. The plaintiff has issued a subpoena to State Farm to have it produce for purposes of copying a transcript of the deposition of the plaintiff taken by defense counsel. (Exhibit A)

2. The plaintiff decided not to order a transcript of the deposition. The copy of the deposition in the possession of the defendant was paid for by the defendant.

3. The defendant has previously advised the plaintiff of the name and address of the court reporter where she can obtain a copy of the transcript.

4. FRCP, Rule 30(f)(2) states that upon payment of reasonable charges the court reporter who took the deposition shall furnish a copy of the transcript to any party or to the deponent. The plaintiff is attempting to circumvent the Rule by not paying the court reporter the reasonable charge of obtaining the transcript.

5. The defendant's copy of the transcript is part of its work product and is privileged communication. The defendant requests the court to quash the subpoena. If plaintiff wishes to obtain a copy of the transcript she can purchase it from the court reporter, Hawkins Reporting.

                    CASARINO, CHRISTMAN & SHALK, P.A

                      /s/ Stephen P. Casarino
                    STEPHEN P. CASARINO, ESQUIRE
                    BAR I.D. NO. 174
                    800 North King Street, Suite 200
                    Wilmington, DE 19801
                    Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Stephen P. Casarino, Esq., hereby certify that I have caused to be deposited in the mailbox at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 11th day of October 2007, a true and correct copy of the attached Defendant's Motion to Quash to:

                Cathy D. Brooks-McCollum
                115 Emerald Ridge Drive
                Bear, DE 19701

CASARINO, CHRISTMAN & SHALK, P.A.

/s/ Stephen P. Casarino
Stephen P. Casarino, Esq.
I.D. No. 174
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276
Attorney for the Defendant