IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cathy D. Brooks-McCollum<br>& On behalf of<br>Emerald Ridge Service Corporation Derivative Action<br>As a Director<br>PO Box 12166<br>Wilmington, DE 19850<br>(302) 521-1241<br>mccollumc1@comcast.net<br>**(PLAINTIFF)** | CIVIL ACTION NO: 04-419 (JJF)<br><br>**JURY TRIAL REQUESTED** |
| vs. | |
| State Farm Insurance Company<br>**(DEFENDANTS)** | |

**EXHIBITS**

FILED
OCT 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

/s/ Cathy D. Brooks-McCollum
PO Box 12166
Wilmington, DE 19850
(302) 521-1241

| | |
|---|---|
| Exhibit A | Affidavits |
| Exhibit B | Notifications To State Farm Representatives |
| Exhibit C | Notification From Emerald Ridge's Attorney Informing that the Parties Acting As Board Need To Step Down |
| Exhibit D | State Farms Letters Refusals to Honor Insurance Policy |
| Exhibit E | Letters To Edward Kafader outlining the meaning of Joint Tenancy. |
| Exhibit F | Letter From Edward Kafader stating that they will pay some costs, but not remove false information on the Internet. Information was eventually removed. |
| Exhibit G | Letter From Edward Kafader stating State Farm's refusal for Covering Plaintiff & Emerald Ridge being that proceedings are not Derivative or Class (which has been determined to be untrue) State Farm did not dispute or respond to any other letters, after the reasoning was proved to be incorrect. |
| Exhibit H | Letters to and From Edward Kafader (Acting On Behalf Of State Farm Per Exhibit D) |
| Exhibit I | Chancery Court Transcript Dated March 29, 2004 |
| Exhibit J | Chancery Court Transcript Dated June 24, 2004 |
| Exhibit K | **Chancery Court Filing By Defendants Admitting None of them are legal** |
| Exhibit L | US Court Of Appeals Informing Attorney In Its' Court was on behalf of Emerald Ridge Service Corporation |
| Exhibit M | State Farm Policy |
| Exhibit N | Emerald Ridge Certificate Of Incorporation |
| Exhibit O | Emerald Ridge Bylaws |
| Exhibit P | **Illegal Board Members agreeing that the Corporation requested they pay costs expended by Plaintiff Brooks-McCollum, as well as that they all step down. This was ignored.** |
| Exhibit Q | Original Settlement Letter From Edward Kafader, clearly stating that these were the only terms of any settlement. |
| Exhibit R | Numerous Additional Settlement Documents with new terms incorporated By Defendants & Attorney Edward Kafader. |
| Exhibit S | **New Settlement Document after the US District Court asked if these proceedings could be settled, which incorporates more terms & Attorney Admission that he added a Joint Tortfeasor claim, where the Current Brief will outline out this is against policy.** |
| Exhibit T | Mock Elections Under Guise of Edward Kafader on Behalf of State Farm |
| Exhibit U | Emerald Ridge Service Corporation Counsel Admitting the Board was illegal, and that the entire Board step down. |
| Exhibit V | Kafader Informing Corporation To Countersue and derogatory letter as a result Attorney Kafader had before the meeting informing them **that they all were being sued on behalf of State Farm.** |
| Exhibit W | **State Farms Letters** regarding **refusal to Insure**, which goes against Policy Guidelines, Insurance Guidelines and Courts opinions. |
| Exhibit X | Letters To State Farm – No Responses |
| Exhibit Y | Letter dated 2/26/04 From Kafader stating that the other parties refuse to take false and misleading information from the Internet |
| Exhibit Z | Letters To Kafader From Plaintiffs |
| Exhibit AA | Letter From Kenneth Shareef Advising Bank, when he knew he was not authorized legally. |
| Exhibit AB | Letter dated 7/27/2003, when Ruth Vivardis Resigned, and somehow re-appoints herself back to Board. |
| Exhibit AC | Documents from Meeting When Kenneth Shareef appointed Maudy Melville and Kenneth Shareef to The Boards positions. |
| Exhibit AD | Web posting by Kenneth Shareef Documentation. |

| | |
|---|---|
| Exhibit AE | Letters and Petition of How Discontent other Members were with the Operation of the Community. This was still the case until Attorney Kafader mis-informed them. |
| Exhibit AF | Plaintiffs property damage after Attorney Kafader's meeting supplying false information on behalf of State Farm. |
| Exhibit AG | Attorney Kafader informing illegal members to ratify their illegal actions. |
| Exhibit AH | United States Of Appeals Opinion 05-1264. |
| Exhibit AI | Delaware Supreme Court Opinion |
| Exhibit AJ | Responses To Defendants Settlement not protecting the Corporation. |
| Exhibit AK | Copy Of State Farm Requested Deposition – (WILL BE SUPPLIED WHEN DEFENDANTS COMPLY WITH DISCOVERY) |
| Exhibit AL | Copy Of Edward Kafader Videotapes. (WILL BE SUPPLIED UPON REPLY BRIEF – WHEN COPIES ARE MADE) |
| Exhibit AM | Bank Records (WILL BE SUPPLIED UPON DISCOVERY PER COURTS DECISION – AND ADDRESSED IN REPLY BRIEF) |
| Exhibit AN | Interrogatories (WILL BE SUPPLIED UPON DISCOVERY PER COURTS DECISION – AND ADDRESSED IN REPLY BRIEF) |
| Exhibit AO | Admissions (WILL BE SUPPLIED UPON DISCOVERY PER COURTS DECISION – AND ADDRESSED IN REPLY BRIEF) |
| Exhibit AP | Other State Farm Policies (WILL BE SUPPLIED UPON DISCOVERY PER COURTS DECISION – AND ADDRESSED IN REPLY BRIEF) |
| Exhibit AQ | Deposition Request by Defendants paid with Corporations funds (WILL BE SUPPLIED UPON DISCOVERY PER COURTS DECISION – AND ADDRESSED IN REPLY BRIEF) |