IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Cathy D. Brooks-McCollum            CIVIL ACTION NO: 04-419 (JJF)
& On behalf of
Emerald Ridge Service Corporation Derivative Action    **JURY TRIAL REQUESTED**
As a Director
PO Box 12166
Wilmington, DE 19850
(302) 521-1241
mccollumc1@comcast.net
**(PLAINTIFF)**

vs.

State Farm Insurance Company
**(DEFENDANTS)**

**PROOF OF SERVICE**

I Cathy D. Brooks-McCollum hereby certify that on the 6th day of December 2007, I will and have

caused to be served a true and correct copy of the foregoing Motion To Quash/Strike Exhibits Referenced in

Defendants Reply To Summary Judgment electronically upon defendants:

> Casarino, Christman & Shalk
> Stephen P. Casarino
> 800 North King St, Suite 200
> P.O. Box 1276
> Wilmington, DE 19899
> (302) 594-4500
> (302) 594-4509 Fax

/s/ Cathy D. Brooks-McCollum (Pro Se)
PO Box 12166
Wilmington, DE 19850
(302) 521-1241



FILED
DEC 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned