IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cathy D. Brooks-McCollum<br>& On behalf of<br>Emerald Ridge Service Corporation Derivative Action<br>As a Director<br>PO Box 12166<br>Wilmington, DE  19850<br>(302) 521-1241<br>mccollumc1@comcast.net<br>**(PLAINTIFF)** | CIVIL ACTION NO:  04-419 (JJF)<br><br>**JURY TRIAL REQUESTED** |

vs.

State Farm Insurance Company
**(DEFENDANTS)**

### PROOF OF SERVICE

I Cathy D. Brooks-McCollum hereby certify that on the 6th day of December 2007, I will and have

caused to be served a true and correct copy of the foregoing Reply Brief On Summary Judgment

electronically upon defendants:

>Casarino, Christman & Shalk
>Stephen P. Casarino
>800 North King St, Suite 200
>P.O. Box 1276
>Wilmington, DE  19899
>(302) 594-4500
>(302) 594-4509 Fax

/s/ Cathy D. Brooks-McCollum (Pro Se)
PO Box 12166
Wilmington, DE  19850
(302) 521-1241



FILED
DEC 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



PO Box 2116
Wlm. DE 19850

PHILADELPHIA PA 191
11 DEC 2007 PM 3 T

U.S.M.S.
AY

United States District Court
For The District of DE
Boggs Building
844 North King St.
Lock box 18
Wilmington DE 19801