IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHY D. BROOKS-MCCOLLUM, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-419-JJF |
| STATE FARM INSURANCE COMPANY, | : |
| Defendant. | : |

### ORDER

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant's Motion For Summary Judgment is **GRANTED**. (D.I. 85.)

2. Plaintiff's Motion for Summary Judgment is **DENIED**. (D.I. 112.)

3. Plaintiff's Motion To Compel is **DENIED** as **moot**. (D.I. 107.)

4. Defendant's Motion To Quash Subpoena is **DENIED** as **moot**. (D.I. 110.)

5. Plaintiff's Motion To Strike Reply Brief is **DENIED** as **moot**. (D.I. 116.)

May 13, 2008
DATE

[signature]
UNITED STATES DISTRICT JUDGE