IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHY D. BROOKS-MCCOLLUM, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-419-JJF |
| STATE FARM INSURANCE COMPANY, | : |
| Defendant. | : |

**JUDGMENT IN A CIVIL CASE**

For the reasons stated in the Court's Memorandum Opinion and Order issued on May 13, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant and against Plaintiff.

_____
UNITED STATES DISTRICT JUDGE

Dated: May 13, 2008

_____
(By) Deputy Clerk