# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Cathy D. Brooks-McCollum
& Emerald Ridge Service Corp

DISTRICT COURT
DOCKET NUMBER: C4-419JJF

v.

State Farm Ins Co

DISTRICT COURT
JUDGE: Judge Farnan

Notice is hereby given that Cathy D. Brooks-McCollum & Emerald Ridge Corp
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[ ] Other (specify) _____

_____

entered in this action on Mar 31, 2008
                          (date)

Dated: 6/4/2008

Cathy D. Brooks-McCollum pro se
(Counsel for Appellant-Signature)

Cathy O Brooks-McCollum pro se                    Stephen Casarino
(Name of Counsel - Typed)                          (Counsel for Appellee)

PO Box 12166                                       800 North King St, Suite 200
(Address)                                          (Address)

Wilmington, DE 19850                               Wilmington, DE 19899
(City, State Zip)                                  (City, State Zip)

302-669-4923                                       302-594-4500
(Telephone Number)                                 (Telephone Number)

FILED 2008 JUN -6 PH 3:37 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

**NOTE: USE ADDITIONAL SHEETS** if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

United States Court Of Appeals

For The Third Circuit

Cathy Brooks-McCollum
& On behalf of
Emerald Ridge Service Corporation Derivative Action
PO Box 12166
Wilmington, DE  19850
(302) 521-1241
Appellant(s)

vs.

State Farm Insurance Company
Appellee(s)

## CERTIFICATE OF SERVICE/PROOF OF SERVICE

I Cathy D. Brooks-McCollum hereby certify that on the 5th day of June 2008, I will and have caused to be served a true and correct copy of the foregoing Appeal/Motion via e-mail, upon Appellees:

Casarino, Christman & Shalk
Stephen P. Casarino
800 North King St, Suite 200
P.O. Box 1276
Wilmington, DE  19899
(302) 594-4500
(302) 594-4509 Fax

/s/ Cathy D. Brooks-McCollum (Pro Se)
115 Emerald Ridge Drive
Bear, DE  19701
(302) 832-2694