**In the United States Court Of Appeals For The Third Circuit**

Cathy Brooks-McCollum
& On behalf of
Emerald Ridge Service Corporation Derivative Action
PO Box 12166
Wilmington, DE 19850
(302) 521-1241
Appellant(s)

vs.

State Farm Insurance Company
Appellee(s)

On Appeal from the United States District Court For The
District Of Delaware 04-419(JJF)

**MOTION OF PLAINTIFF'S CATHY D. BROOKS-McCOLLUM & EMERALD RIDGE SERVICE CORPORATION TO PROCEED IN FORMA PAUPERIS AND HAVE AN ATTORNEY APPPOINTED ON BEHALF OF HERSELF AND EMERALD RIDGE SERVICE CORPORATION**

Plaintiffs file this Motion to proceed in Farma Pauperis and jointly files a Notice Of Appeal in this Current Civil Action. Based on the number of years the courts have tied these issues up (5) financially straining Plaintiff Cathy Brooks-McCollum and having to move her family for their protection they have incurred a substantial loss as a result of the move and the filings of these pleadings in an attempt to reach hearings in some court and receive the legal counsel entitled her and the Corporation of Emerald Ridge Service Corporation. In light of this financial burden, Plaintiffs cannot obtain counsel and substantiate paying the fees for continuing these proceedings.

Plaintiff Cathy Brooks-McCollum would further ask that the court allow the court pleadings be e-mailed her for the protection of her family and her having moved as a result of parties connected with these defendants and acted jointly with these Defendants. Plaintiff's e-mail is mccollumc1@comcast.net. While this is a special request Plaintiff appeals to this court to allow this after having been chased from their residence due to retaliation from parties connected to these defendants and after having received no protection other then having to move. Should the court not allow this, Plaintiff respectfully asks that the court allow her address be submitted for the courts use only and be stricken from being included on any filings, and order Defendants to e-mail Plaintiff all pleadings as did the District Court.

*[signature: Cathy Brooks-McCollum]*

Cathy D. Brooks-McCollum
PO Box 12166
Wilmington, DE 19850
302-521-1241