## NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT


RECEIVED SL JUN - 6 2008 U.S. C.A. 3rd

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

Cathy D. Brooks-McCollum
& Emerald Ridge Service Corp

v.

State Farm Ins. Co.

DISTRICT COURT
DOCKET NUMBER: 04-419-JJF

DISTRICT COURT
JUDGE: Judge Farnah

Notice is hereby given that Cathy D. Brooks-McCollum & Emerald Ridge Service Corp
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[ ] Other (specify) _____

entered in this action on May 13, 2008
(date)

Dated: 6/4/2008

_Cathy D Brooks-M___ prose
(Counsel for Appellant-Signature)

Cathy Brooks-McCollum, prose         Stephon Casarino
(Name of Counsel - Typed)            (Counsel for Appellee)

PO Box 12166                          800 North King St., Suite 200
(Address)                             (Address)

Wilmington DE 19850                   Wilmington DE 19899
(City, State Zip)                     (City, State Zip)

302-669-4473                          302-594-4500
(Telephone Number)                    (Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

## In the United States Court Of Appeals For The Third Circuit

Cathy Brooks-McCollum
& On behalf of
Emerald Ridge Service Corporation Derivative Action
PO Box 12166
Wilmington, DE 19850
(302) 521-1241
Appellant(s)

vs.

State Farm Insurance Company
Appellee(s)



RECEIVED
JUN - 6 2008
U.S. C.A. 3rd

On Appeal from the United States District Court For The
District Of Delaware 04-419(JJF)

### MOTION OF PLAINTIFF'S CATHY D. BROOKS-McCOLLUM & EMERALD RIDGE SERVICE CORPORATION TO PROCEED IN FORMA PAUPERIS AND HAVE AN ATTORNEY APPPOINTED ON BEHALF OF HERSELF AND EMERALD RIDGE SERVICE CORPORATION

Plaintiffs file this Motion to proceed in Farma Pauperis and jointly files a Notice Of Appeal in this Current Civil Action. Based on the number of years the courts have tied these issues up (5) financially straining Plaintiff Cathy Brooks-McCollum and having to move her family for their protection they have incurred a substantial loss as a result of the move and the filings of these pleadings in an attempt to reach hearings in some court and receive the legal counsel entitled her and the Corporation of Emerald Ridge Service Corporation. In light of this financial burden, Plaintiffs cannot obtain counsel and substantiate paying the fees for continuing these proceedings.

Plaintiff Cathy Brooks-McCollum would further ask that the court allow the court pleadings be e-mailed her for the protection of her family and her having moved as a result of parties connected with these defendants and acted jointly with these Defendants. Plaintiff's e-mail is mccollumc1@comcast.net. While this is a special request Plaintiff appeals to this court to allow this after having been chased from their residence due to retaliation from parties connected to these defendants and after having received no protection other then having to move. Should the court not allow this, Plaintiff respectfully asks that the court allow her address be submitted for the courts use only and be stricken from being included on any filings, and order Defendants to e-mail Plaintiff all pleadings as did the District Court.

*[signature: Cathy Brooks-McCollum]*
Cathy D. Brooks-McCollum
PO Box 12166
Wilmington, DE 19850
302-521-1241

United States Court Of Appeals

For The Third Circuit

Cathy Brooks-McCollum
& On behalf of
Emerald Ridge Service Corporation Derivative Action
PO Box 12166
Wilmington, DE 19850
(302) 521-1241
Appellant(s)

vs.

State Farm Insurance Company
Appellee(s)

### CERTIFICATE OF SERVICE/PROOF OF SERVICE

I Cathy D. Brooks-McCollum hereby certify that on the 5th day of June 2008, I will and have caused to be served a true and correct copy of the foregoing Appeal/Motion via e-mail, upon Appellees:

        Casarino, Christman & Shalk
        Stephen P. Casarino
        800 North King St, Suite 200
        P.O. Box 1276
        Wilmington, DE 19899
        (302) 594-4500
        (302) 594-4509 Fax

*/s/ Cathy D. Brooks-McCollum (Pro Se)*
PO Box 12166
Wilmington, DE 19850
(302) 521-1241

**NOTICE OF APPEAL**
**TO**
**U.S. COURT OF APPEALS, THIRD CIRCUIT**

**U.S. District Court for the District of Delaware**

**CIRCUIT COURT**
**DOCKET NUMBER:** _____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

Cathy D. Brooks-McCollum
& Emerald Ridge Service Corp

**DISTRICT COURT**
**DOCKET NUMBER:** C4-419-JJF

v.

State Farm Ins. Co.

**DISTRICT COURT**
**JUDGE:** Judge Farnah

Notice is hereby given that Cathy D. Brooks-McCollum & Emerald Ridge Service Corp
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[ ] Other (specify) _____

_____

entered in this action on May 13, 2008
(date)

Dated: _____

_Cathy D Brooks-Mc____ prose_
(Counsel for Appellant-Signature)

| | |
|---|---|
| Cathy Brooks-McCollum prose | Stephon Cashino |
| (Name of Counsel - Typed) | (Counsel for Appellee) |
| PO Box 12166 | 800 North King St, Suite 200 |
| (Address) | (Address) |
| Wilmington DE 19850 | Wilmington DE 19899 |
| (City, State Zip) | (City, State Zip) |
| 302-669-4973 | 302-594-4500 |
| (Telephone Number) | (Telephone Number) |

**NOTE:** USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

In the United States Court Of Appeals For The Third Circuit

Cathy Brooks-McCollum
& On behalf of
Emerald Ridge Service Corporation Derivative Action
PO Box 12166
Wilmington, DE  19850
(302) 521-1241
Appellant(s)

vs.

State Farm Insurance Company
Appellee(s)

On Appeal from the United States District Court For The<br>District Of Delaware 04-419(JJF)

**MOTION OF PLAINTIFF'S CATHY D. BROOKS-McCOLLUM & EMERALD RIDGE SERVICE CORPORATION TO PROCEED IN FORMA PAUPERIS AND HAVE AN ATTORNEY APPPOINTED ON BEHALF OF HERSELF AND EMERALD RIDGE SERVICE CORPORATION**

Plaintiffs file this Motion to proceed in Farma Pauperis and jointly files a Notice Of Appeal in this Current Civil Action. Based on the number of years the courts have tied these issues up (5) financially straining Plaintiff Cathy Brooks-McCollum and having to move her family for their protection they have incurred a substantial loss as a result of the move and the filings of these pleadings in an attempt to reach hearings in some court and receive the legal counsel entitled her and the Corporation of Emerald Ridge Service Corporation. In light of this financial burden, Plaintiffs cannot obtain counsel and substantiate paying the fees for continuing these proceedings.

Plaintiff Cathy Brooks-McCollum would further ask that the court allow the court pleadings be e-mailed her for the protection of her family and her having moved as a result of parties connected with these defendants and acted jointly with these Defendants. Plaintiff's e-mail is mccollumc1@comcast.net. While this is a special request Plaintiff appeals to this court to allow this after having been chased from their residence due to retaliation from parties connected to these defendants and after having received no protection other then having to move. Should the court not allow this, Plaintiff respectfully asks that the court allow her address be submitted for the courts use only and be stricken from being included on any filings, and order Defendants to e-mail Plaintiff all pleadings as did the District Court.

*/s/ Cathy O Brooks*

Cathy D. Brooks-McCollum
PO Box 12166
Wilmington, DE  19850
302-521-1241

United States Court Of Appeals

For The Third Circuit

Cathy Brooks-McCollum
& On behalf of
Emerald Ridge Service Corporation Derivative Action
PO Box 12166
Wilmington, DE 19850
(302) 521-1241
Appellant(s)

vs.

State Farm Insurance Company
Appellee(s)

### CERTIFICATE OF SERVICE/PROOF OF SERVICE

I Cathy D. Brooks-McCollum hereby certify that on the 5th day of June 2008, I will and have caused to be served a true and correct copy of the foregoing Appeal/Motion via e-mail, upon Appellees:

        Casarino, Christman & Shalk
        Stephen P. Casarino
        800 North King St, Suite 200
        P.O. Box 1276
        Wilmington, DE 19899
        (302) 594-4500
        (302) 594-4509 Fax

/s/ Cathy D. Brooks-McCollum (Pro Se)
PO Box 12166
Wilmington, DE 19850
(302) 521-1241

PO BOX...
wilmington, DE 19851



WILMINGTON DE 197
05 JUN 2008 PM 3 L

RECEIVED
JUN - 6 2008
U.S. C.A. 3rd

U.S.M.S.
X-RAY

United States Court Of Appea
For The Third Circuit
21st Floor
21400 US Courthouse
601 market streets
PHI: PA 19106+1729