June 23, 2008

United States District Court
District Of Delaware
Office Of The Clerk
844 N. King Street,
Lockbox 18
Wilmington, DE  19801-3570



RE:   Civil Action 04-419 JJF
      Brooks-McCollum v. State Farm Ins. Co.

Dear Judge Farnan,

This is being sent to be incorporated as part of the record.

While I did not expect anything more from you and the position you hold, which is to serve the people, not only lawyers and friends, as a taxpaying person which helps keep and put judges in positions of authority I have to say that it is a travesty when persons who take a sworn oath to obey the law and represent it fairly abuse it.

Clearly you abused your position as a Judge and as a party who is to serve all.  Not only did you disallow Discovery in these proceedings, but you allowed them to drag on for over 5 Years knowing very well that you did not have any intentions on obeying the very laws one expects persons who come before them to obey.  How can one receive fair and ample justice, when the judge and court itself block the liberties all parties are entitled to?  While I know you take offense to someone calling you on your acts against the country in which you represent, sometimes that needs to be done.  However, a person in your position should not take anything personally and this is what you did and in doing so you abused your authority bestowed upon you.  Why bother having an Order stating that if any persons have a difficult time having the other comply with Discovery, when at know time you intended on honoring it?

State Farm did not need to bother hiring an attorney, because none of them had to do any work when you and your clerks helped them prepare their cases.  When you have the courts working for their friends and major companies, why would Casarino or any of the lawyers for that matter have to write briefs stating any relevant law?  As I know if I did not state any law you would not have provided the same services you did for your friend and counterpart Mr. Casarino.

Regardless, of what you and your counterparts and friends in Delaware continue to do in trying to block the law and channels available to all parties, I will bring all the parties State Farm aided and abetted to justice, even if it means in the end that ultimately the taxpayers end up paying for these services because of the neglect of the courts and representatives put in place.

One could only hope that the higher courts will weigh the pleadings on the issues brought forward against State Farm and their use of the legal system and their lawyers.  The case against State Farm had nothing to do with $185.00 and that was clearly noted and outlined in my brief.  Furthermore, when a party aggrieves one and cost the other party an amount which results in a higher charge in trying to recoup it, then that person does not have to accept a lesser amount.  You should be ashamed of yourself to call yourself a JUDGE and oversee other persons.  Sometimes we stay in positions so long, and we then forget what our roles are to all people.

I'm sure that you and Casarino discussed your position over dinner and sought to ensure that you would not allow a non-lawyer to beat him in court.  Furthermore, if the courts and the judges followed the rules there

never would have been a need for numerous litigations. So please do not try to victimize me any further or imply that it is wrong for a party to seek justice where an injustice has been applied.

It is clear that you and your Delaware counterparts will do whatever necessary to cause further harm to me and my family and you would think that one would reflect on their actions, when they know they violated the law and a complete family. I come from a line of family members aggrieved by individuals like yourselves and the ones you clearly were representing and overcame and will continue.

May GOD watch over you, because you need him in your life?

*[signature]*

Cathy D. Brooks-McCollum

cc:     Chief Justice of the United States District Court
        S. Casarino

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cathy D. Brooks-McCollum<br>& On behalf of<br>Emerald Ridge Service Corporation Derivative Action<br>As a Director<br>PO Box 12166<br>Wilmington, DE 19850<br>(302) 521-1241<br>mccollumc1@comcast.net<br>**(PLAINTIFF)** | CIVIL ACTION NO: 04-419 (JJF)<br><br>**JURY TRIAL REQUESTED** |

vs.

State Farm Insurance Company
**(DEFENDANTS)**

## PROOF OF SERVICE

I Cathy D. Brooks-McCollum hereby certify that on the 23rd day of June 2008, I will and have caused to be served a true and correct copy of the foregoing letters upon defendants:

       Casarino, Christman & Shalk
       Stephen P. Casarino
       800 North King St, Suite 200
       P.O. Box 1276
       Wilmington, DE 19899
       (302) 594-4500
       (302) 594-4509 Fax

/s/ Cathy D. Brooks-McCollum (Pro Se)
PO Box 12166
Wilmington, DE 19850
(302) 521-1241





United States District Court
District of OF
844 N. King St.
Wilm, DE 19801-3570



PO Box 19166
Wilm DE 19850