IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cathy D. Brooks-McCollum<br>& On behalf of<br>Emerald Ridge Service Corporation Derivative Action<br>As a Director<br>PO Box 12166<br>Wilmington, DE  19850<br>(302) 521-1241<br>mccollumc1@comcast.net<br>**(PLAINTIFF)**<br><br>vs.<br><br>State Farm Insurance Company<br>**(DEFENDANTS)** | CIVIL ACTION NO:  04-419 (JJF)<br><br>**JURY TRIAL REQUESTED** |

### PLAINTIFF'S MOTION FOR TRANSCRIPT OF PROCEEDINGS

Pursuant to the appeal docketed in this case it is hereby being requested that the hearing held on 4/16/05 and 5/10/07 be transcribed for appeal to the United States Court Of Appeals For The Third Circuit.

Respectfully submitted,

/s/ Cathy D. Brooks-McCollum
PO Box 12166
Wilmington, DE  19850
(302) 521-1241
July 1, 2008



FILED
JUL 08 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cathy D. Brooks-McCollum<br>& On behalf of<br>Emerald Ridge Service Corporation Derivative Action<br>As a Director<br>PO Box 12166<br>Wilmington, DE  19850<br>(302) 521-1241<br>mccollumc1@comcast.net<br>**(PLAINTIFF)** | CIVIL ACTION NO:  04-419 (JJF)<br><br>**JURY TRIAL REQUESTED** |

vs.

State Farm Insurance Company
**(DEFENDANTS)**

## PROOF OF SERVICE

I Cathy D. Brooks-McCollum hereby certify that on the 1st day of July 2008, I will and have caused to be served a true and correct copy of the foregoing Brief electronically upon defendants:

>Casarino, Christman & Shalk
>Stephen P. Casarino
>800 North King St, Suite 200
>P.O. Box 1276
>Wilmington, DE  19899
>(302) 594-4500
>(302) 594-4509 Fax

/s/ Cathy D. Brooks-McCollum (Pro Se)
PO Box 12166
Wilmington, DE  19850
(302) 521-1241

