July 23, 2008

United States District Court
District Of Delaware
Office Of The Clerk
844 N. King Street,
Lockbox 18
Wilmington, DE  19801-3570



RE:   Civil Action 04-419 JJF
      Brooks-McCollum v. State Farm Ins. Co.

Attention:    Clerk of The Court

    Appellant Brooks-McCollum informed the court that she was of the belief that the $455.00 paid from her children's college fund covered the cost for any transcript required for these proceedings.  In that Appellant informed the District Court that these proceedings have and continue to place a financial burden upon Appellant and her family when there is an agreement for these costs to be paid through the insurance policy, she therefore cannot afford to expend the costs for said transcript, and is therefore not requiring the transcript if costs need to be expended from their account financially, although Appellant is of the belief that this is against the United States Constitution and the Delaware Declaration of Rights.  As a result of these proceedings on behalf of the Corporation and the crimes committed against all Appellants, Appellant Cathy D. Brooks-McCollum has incurred additional living costs equaling triple the amount in which she and her family were paying to reside in their Delaware home prior to being victimized and vandalized, and this coupled with rising gas prices, and other costs does not allow Appellant to pay these costs, when they should either be paid from the Corporations funds and/or the Insurance Policy.  Appellant Brooks-McCollum's Mortgage payment went from an amount of around $2,200 to $5,266, wherefore had Appellants been allowed to remain in their home that home would have been paid off, but instead it had to be paid toward the higher housing costs when ensuring that Appellant's family had a safe environment to live and at a time the housing costs were higher (of which the home is now valued much lower then paid), taxes went from about $2,200 per year to $8,000, heating and electric costs also have tripled, but yet the District Court did not see this as a financial burden.

    Therefore, this letter is being written at the request of the District Court where they asked that Appellant state that the Transcript is not needed any longer.  Although, Appellant does not say that it is not needed or required, for the higher court, but states that if further costs must be paid it is not therefore needed, in that Appellant cannot continue to become financially strapped over issues borne out of duties as a Director.

Sincerely,

*(signature)*

Cathy D. Brooks-McCollum

cc:   United States Court Of Appeals
      For The Third Circuit
      21st Floor
      21400 US Courthouse
      601 Market Street
      Philadelphia, PA  19106-1790



PHILADELPHIA PA 191
24 JUL 2008 PM 3 T

United States District Court (U.S.A)
District Court of Delaware
Office of the Clerk
844 N. King St.
Lockbox 18
Wilm, DE 19801-3570

PO Box 12166
Wilm, DE 19850

PO Box 12166
Wilm. DE 19850

PHILADELPHIA PA 191
24 JUL 2008 PM 3 T

United States District Court
District Court of Delaware
Office of The Clerk
844 N. King St.
Lockbox 18
Wilm, [illegible] DE [illegible] 3570